1  L. Scott Keehn (SBN 61691)
   Lynn M. Beekman (SBN 149325)
2  **ROBBINS & KEEHN**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Special Counsel for
   **RICHARD KIPPERMAN, Chapter 7 Trustee**

ENTERED OCT 18 2001

FILED OCT 17 2001

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO. 99-33191-B7 |
| SARA NEWSOME BURNS, an individual, | ADV. NO. 01-90355-B7 |
| Debtor. | STIPULATION FOR PROCEDURAL ACCORD; AND ORDER APPROVING STIPULATION |
| RICHARD KIPPERMAN, Trustee, | |
| Plaintiff, | [NO HEARING NECESSARY] |
| v. | |
| BRADLEY PROULX, an individual, | |
| Defendant. | |

**THIS STIPULATION FOR PROCEDURAL ACCORD** is made by and between Plaintiff Richard Kipperman, Trustee, and Defendant, Bradley Proulx, through their respective attorneys of record as the hereinafter appear below, is made in the interest of justice, to promote the economy of the litigation and its burdens upon both Plaintiff and Defendant. Accordingly, it is hereby stipulated that:

///

**ORIGINAL**

**In Re Sara Newsome Burns**
Case No. 99-33191-B7
Adversary No. 01-90355-B7
STIPULATION FOR PROCEDURAL ACCORD; AND ORDER APPROVING STIPULATION

79526/LSK/5021.01

1. With respect to all pleadings, papers and other documents prepared by either Plaintiff or Defendant in the above referenced adversary proceeding, which are prepared in electronic media and capable of transmission via e-mail, the parties shall, in addition to any other mode of service required, transmit all such documents to the other via e-mail.

2. The addresses to which the documents shall be forwarded pursuant to this Stipulation are as follows:

   To Plaintiff:  lsk@robbins-keehn.com

   To Defendant:  bsampson@sampsonlaw.net

**SO STIPULATED:**

Dated: 10-15-01

**ROBBINS & KEEHN**
A Professional Corporation

By: _L. Scott Keehn_
L. Scott Keehn
Lynn M. Beekman
Special Counsel for Richard Kipperman

Dated: 10-16-01

**SAMPSON & ASSOCIATES**

By: _____
Bryan D. Sampson
Counsel for Bradley Proulx

**IT IS SO ORDERED:**

Dated: OCT 17 2001

_____
HONORABLE PETER BOWIE
JUDGE OF THE BANKRUPTCY COURT

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

///

///

---

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

In Re Sara Newsome Burns
Case No. 99-33191-B7
Adversary No. 01-90355-B7
STIPULATION FOR PROCEDURAL ACCORD; AND ORDER APPROVING STIPULATION

- 2 -

79526/LSK/5021.01

**ORDER PRESENTED BY:**

**ROBBINS & KEEHN**
A Professional Corporation

By: _____
L. Scott Keehn
Lynn M. Beekman
Special Counsel for Richard Kipperman

**SAMPSON & ASSOCIATES**
Attorneys at Law

By: _____
Bryan D. Sampson
Counsel for Bradley Proulx

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

**In Re Sara Newsome Burns**
Case No. 99-33191-B7
Adversary No. 01-90355-B7
STIPULATION FOR PROCEDURAL ACCORD; AND ORDER APPROVING STIPULATION

- 3 -

79526/LSK/5021.01