1  L. Scott Keehn (SBN 61691)
   Lynn M. Beekman (SBN 149325)
2  **ROBBINS & KEEHN**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Special Counsel for
   **RICHARD KIPPERMAN, Chapter 7 Trustee**
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 In re:                              )  **CASE NO. 99-33191-B7**
                                       )
12 **SARA NEWSOME BURNS**, an individual,  )  **ADV. NO. 01-90355-B7**
                                       )
13                                     )
                 Debtor.               )  **TRUSTEE'S REQUEST FOR**
14 _____ )  **JUDICIAL NOTICE IN OPPOSITION**
                                       )  **TO CREDITOR BRADLEY PROULX'S**
15 **RICHARD KIPPERMAN**, Trustee,        )  **MOTION FOR SUMMARY**
                                       )  **JUDGMENT**
16                                     )
                 Plaintiff,            )
17                                     )  Date:    December 17, 2001
   v.                                  )  Time:    2:30 p.m.
18                                     )  Dept:    4
   **BRADLEY PROULX**, an individual,     )  Judge:   Hon. Peter W. Bowie
19                                     )
                                       )
20               Defendant.            )
                                       )
21 _____ )

22

23         Plaintiff RICHARD KIPPERMAN (hereinafter the "Trustee"), hereby requests the Court

24 take judicial notice, under Federal Rules of Evidence Rule 201, of the following facts submitted to

25 the Court in opposition to the motion for summary judgment brought by defendant/creditor

26 BRADLEY PROULX.

27 / / /

28 / / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9005

| Exh.: | Date: | Description: |
|---|---|---|
| "A" | September 24, 1991 | The United States commenced an action in Federal District Court entitled *United States ex rel Newsome v. Family Practice Associates, et al.*, Civil Action No. 91-1325-E(P) (the "Federal Action"): CIVIL DOCKET for *United States ex rel Newsome v. Family Practice Associates, et al.*, Civil Action No. 91-1325-E(P) - Item 1. |
| "B" | July 2, 1996 | *United States ex rel Newsome v. Family Practice Associates, et al.* is dismissed with prejudice in accordance with a Settlement Agreement and Release dated June 28, 1996 (the "Settlement Agreement"): STIPULATION AND ORDER DISMISSING THE ACTION. |
| "C" | July 22, 1997 | Order on Stipulation for Order Modifying Settlement Agreement is entered by the Federal Court in the Federal Action: ORDER ON STIPULATION FOR ORDER MODIFYING SETTLEMENT AGREEMENT. |
| "D" | January 25, 1999 | Debtor filed a Chapter 13 bankruptcy petition with this Court, Case No. 99-00811-B13: VOLUNTARY PETITION. |
| "E" | February 19, 1999 | Bankruptcy Court entered its "Order Authorizing Payment," instructing the United States to pay all sums due to the Debtor under the Settlement Agreement: ORDER AUTHORIZING PAYMENT. |
| "F" | July 22, 1999 | Order Dismissing Chapter 13 Action is entered: ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR. |
| "G" | August 2, 1999 | Proulx filed a Notice of Judgment Lien with the California Secretary of State, which created a lien in his favor as of that date pursuant to C.C.P. §697.510(a): STATE OF CALIFORNIA NOTICE OF JUDGMENT LIEN ON PERSONAL PROPERTY. |
| "H" | August 13, 1999 | Debtor filed her petition for relief under Chapter 7, commencing the instant bankruptcy proceedings. The filing set the preference recovery date under 11 U.S.C. § 547 as May 12, 1999: VOLUNTARY PETITION. |
| "I" | September 14, 2001 | The Bankruptcy Court enters its "Order Approving Ex Parte Application by Trustee for Authority to Employ Robbins & Keehn as Special Counsel": ORDER APPROVING EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY ROBBINS & KEEHN AS SPECIAL COUNSEL. |

Dated: December 5, 2001

**ROBBINS & KEEHN**
A Professional Corporation


By:   /s/ L. Scott Keehn
L. Scott Keehn
Lynn M. Beekman
Special Counsel for
**RICHARD KIPPERMAN, CHAPTER 7 TRUSTEE**

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

80803/5021.01

# EXHIBIT A

# U.S. District Court

## Southern District of California (San Diego)

## CIVIL DOCKET FOR CASE #: 91-CV-1325

## USA, et al v. Family Practice Asso, et al

Filed: 09/24/91
Assigned to: Judge Judith N. Keep
Jury demand: Plaintiff
Referred to: Magistrate Judge Louisa S. Porter
Demand: $0,000
Nature of Suit: 690
Lead Docket: None
Jurisdiction: US Plaintiff
Dkt# in other court: None
Cause: 31:3729 False Claims Act

```
USA,   by ex rel plaintiff,
Sara Newsome
     plaintiff
SARA NEWSOME                      John G Appel, JR
     plaintiff                    (619)232-1209
                                  [COR LD NTC]
                                  Law Offices of John G Appel Jr
                                  402 West Broadway
                                  Suite 400
                                  San Diego, CA 92101-3554
                                  546-3000
                                  Robert P Lowell
                                   [term  07/01/97]
                                  (619)233-0700
                                  [COR LD NTC]
                                  Lowell and Robbin
                                  707 Broadway
                                  Suite 1700
                                  San Diego, CA 92101-5311
                                  (619)236-1142
                                  Guillermo Marrero
                                   [term  02/13/95]
                                  (619)236-1048
                                  [COR LD NTC]
                                  Gray Cary Ware and Freidenrich
                                  401 B Street
                                  Suite 1700
                                  San Diego, CA 92101-4297
```

EXHIBIT **A**

```
                                    (619)699-2700
                                    Judith Beckett Oakes
                                    [COR LD NTC]
                                    Law Offices of Linda S Robinson
                                    707 Broadway
                                    Suite 1700
                                    San Diego, CA 92101-5311
                                    696-5277
                                    Linda S Robinson
                                    (619)551-6884
                                    [COR LD NTC]
                                    Law Offices of Linda S Robinson
                                    2223 Avenida De La Playa
                                    La Jolla, CA 92037
                                    (619)551-6880
         v.
FAMILY PRACTICE ASSOCIATION OF      Pamela J Naughton
SAN DIEGO, an Osteopathic corp        [term  02/08/96]
     defendant                      (619)236-0429
  [term  02/08/96]                  [COR LD NTC ret]
                                    Baker and McKenzie
                                    101 West Broadway
                                    Suite 1200
                                    San Diego, CA 92101-8213
                                    (619)236-1441
                                    Robert G Steiner
                                      [term  02/08/96]
                                    [COR LD NTC]
                                    Luce Forward Hamilton and
                                    Scripps
                                    600 West Broadway
                                    Suite 2600
                                    San Diego, CA 92101-3391
                                    (619)236-1414
                                    Breckinridge L Willcox
                                      [term  02/08/96]
                                    [COR LD NTC]
                                    Arent Fox Kintner Plotkin &
                                    Kahn
                                    Washington Square
                                    1050 Connecticut Avenue NW
                                    Washington, DC 20036
                                    (202)857-6000
SETH M FLAM                         Pamela J Naughton
     defendant                      (See above)
                                    [COR LD NTC ret]
                                    Robert G Steiner
                                    (See above)
                                    [COR LD NTC]
                                    Alan E Reider
                                    [COR LD NTC]
                                    Breckinridge L Willcox
                                    (See above)
                                    [COR LD NTC]
                                    Arent Fox Kintner Plotkin &
                                    Kahn
                                    Washington Square
                                    1050 Connecticut Avenue NW
                                    Washington, DC 20036
                                    (202)857-6000
```

```
BRADLEY PROULX                    Bryan D Sampson
     claimant                     (619) 557-9425
                                  [COR LD NTC]
                                  Sampson and Associates
                                  2139 First Avenue
                                  San Diego, CA 92101-2013
                                  (619) 557-9420

MICHAEL J FEINSTEIN               Pamela J Naughton
     defendant                    (619) 236-0429
                                  [COR LD NTC ret]
                                  Baker and McKenzie
                                  101 West Broadway
                                  Suite 1200
                                  San Diego, CA 92101-8213
                                  (619) 236-1441
                                  Alan E Reider
                                  [COR LD NTC]
                                  Breckinridge L Willcox
                                  [COR LD NTC]
                                  Arent Fox Kintner Plotkin &
                                  Kahn
                                  Washington Square
                                  1050 Connecticut Avenue NW
                                  Washington, DC 20036
                                  (202) 857-6000

SOL LIZERBRAM                     Pamela J Naughton
     defendant                    (See above)
                                  [COR LD NTC ret]
                                  Alan E Reider
                                  (See above)
                                  [COR LD NTC]
                                  Breckinridge L Willcox
                                  (See above)
                                  [COR LD NTC]

HOWARD A HASSMAN                  Pamela J Naughton
     defendant                    (See above)
                                  [COR LD NTC ret]
                                  Alan E Reider
                                  (See above)
                                  [COR LD NTC]
                                  Breckinridge L Willcox
                                  (See above)
                                  [COR LD NTC]

KEVIN ELLIS                       Alan E Reider
     defendant                    (See above)
                                  [COR LD NTC]
                                  Breckinridge L Willcox
                                  (See above)
                                  [COR LD NTC]

STEVEN J HERNANDEZ                Alan E Reider
     defendant                    (See above)
                                  [COR LD NTC]
                                  Breckinridge L Willcox
                                  (See above)
                                  [COR LD NTC]

DOES, 1 through 100, inclusive
     defendant
FPA MEDICAL MANAGEMENT, INC.,
a Delaware corporation
     defendant
```

## DOCKET   PROCEEDINGS

DATE   #            DOCKET   ENTRY

9/24/91  1      Complaint Filed;  Summons(es) issued 10/23/91 (referred to
                Magistrate Louisa S. Porter )  Receipt No/Amt of Fee:
                #31301, $120.00 (mam) [Entry date 10/07/94]

9/26/91  2      Ex Parte Petition by plaintiff Sara Newsome and order
                thereon re sealing of complaint. (mam) [Entry date 10/07/94]

10/7/91  3      Minutes: Enter Order  by Judge Edward J. Schwartz Case
                reassigned  to Judge William B. Enright (cc:  all counsel)
                Court Reporter: n/a (mam) [Entry date 10/07/94]

11/21/91 4      Document Sealed (pursuant to Court Order); ex parte status
                report re extension of time to intervene. (mam)
                [Entry date 10/07/94]

12/24/91 5      Document Sealed (pursuant to Court Order); ex parte motion
                by USA for 90 day extension of time (mam)
                [Entry date 10/07/94]

12/24/91 6      Document Sealed (pursuant to Court Order) re document
                sealed [5-1] ;decl of Dara C Pfeiffer (mam)
                [Entry date 10/07/94]

12/24/91 7      Document Sealed (pursuant to Court Order) re document
                sealed [5-1] order granting extension. (mam)
                [Entry date 10/07/94]

3/24/92  8      Document Sealed (pursuant to Court Order); unopposed motion
                for extension of time to intervene and order thereon. (mam)
                [Entry date 10/07/94]

6/22/92  9      Document Sealed (pursuant to Court Order); motion and order
                for extension of time to intervene and keep records under
                seal. (mam) [Entry date 10/07/94]

10/2/92  9      Document Sealed (pursuant to Court Order) ex parte motion
                to extend time (seal) [Entry date 04/27/95]

6/23/93  9      Document Sealed (pursuant to Court Order) ex parte motion
                for extension of time. (seal) [Entry date 04/27/95]

9/16/93  10     Document Sealed (pursuant to Court Order); ex parte motion
                for extension of time and order thereon. (mam)
                [Entry date 10/07/94]

12/23/93  9    Document Sealed (pursuant to Court Order) ex parte motion
                and order. (seal) [Entry date 04/27/95]

1/4/94    10   Document Sealed (pursuant to Court Order) Ex parte motion
                for extension of time to consider election to intervene.
                (seal) [Entry date 04/27/95]

3/14/94   11   Document Sealed (pursuant to Court Order); ex parte
                application by USA for partial lifting of seal and for an
                extension of time to intervene and order thereon granting
                extension to 6/18/94. (mam) [Entry date 10/07/94]

6/22/94   12   Document Sealed (pursuant to Court Order); ex parte motion
                by USA to extend time to intervene and for case to remain
                sealed until 8/17/94 and order granting motion. (mam)
                [Entry date 10/07/94]

8/17/94   13   Notice by plaintiff USA  of filing election of United
                States not to intervene. (mam) [Entry date 10/07/94]

9/26/94   14   Order  by Judge William B. Enright that seal be lifted on
                all peladings and orders previously or hereafter filed in
                this proceeding, with the exception that the seal shall be
                maintained on any pleadings and supporting materials filed
                by USA requesting add'l time in which to consider whether
                to intervene in this case; that relator shall promptly
                serve on dfts the complaint, the notice of election of USA
                not to intervene and this order only; that if rlator
                decides to proceed, that USA shall be served copies of all
                peladings filed; that USA must be informed of any action to
                settle or dismiss this lawsuit and the consent of the
                Attorney General must be obtained prior to entry of order
                of dismissal and that USA may intervene in this action at a
                later date for good cause shown. (cc: all counsel) (mam)
                [Entry date 10/07/94]

11/29/94  15   Ex Parte Motion by plaintiff Sara Newsome to extend time
                during which the complaint and other documents shall remain
                filed under seal [ motion(s) referred to Judge William B.
                Enright ] (rc)

11/29/94  15   Order  by Judge William B. Enright  granting  motion to
                extend time during which the complaint and other documents
                shall remain filed under seal [15-1] under seal from
                12/14/94 through and including 3/13/95 (cc: all counsel) (rc)

2/8/95    16   Minutes: Enter Order  by Judge William B. Enright ; upon
                the court's own motion, a status conference is scheduled on
                3/13/95 at 10:30 in courtroom 3 (unsealed per court order
                #25) (bar) [Entry date 07/28/99]

2/13/95   17   Attorney Substitution: terminating attorney Guillermo
                Marrero for Sara Newsome  and substituting attorney Linda
                S Robinson, Judith Beckett Oakes (seal)
                [Entry date 02/24/95]

3/10/95   18   Notice  by plaintiff Sara Newsome  of association of
                attorney Robert P Lowell  and attorney David S Robbin. (seal)

[Entry date 03/17/95]

3/10/95   19   Sealed Document; request by pla (pursuant to LR 79.2, docs
               returned to filer on 4/27/99) (seal) [Entry date 03/17/95]
               [Edit date 05/18/99]

3/10/95   20   Sealed document; Declaration of Linda S Robinson (pursuant
               to LR 79.2, docs returned to filer on 4/27/99) (seal)
               [Entry date 03/17/95] [Edit date 05/18/99]

3/13/95   21   Minutes: Enter Order  by Judge William B. Enright ; Status
               conf held and continued to 10:30 4/17/95 Court Reporter:
               Israel Van Bramer (seal) [Entry date 03/17/95]

3/16/95   22   Order  by Judge William B. Enright  granting  request  to
               extend time during which complaint shall remain under seal
               to 4/17/95 [19-1] (cc: all counsel) (seal)
               [Entry date 03/17/95]

4/14/95   23   First Amended complaint [1-1]; adding Michael J Feinstein,
               Sol Lizerbram, Howard A Hassman, Kevin Ellis, Steven J
               Hernandez and Does  1-100, inclusive. (seal)
               [Entry date 04/18/95]

4/17/95   24   Minutes: Enter Order  by Judge William B. Enright unsealing
               case with the exception of certain documents - plaintiff to
               prepare specific order.  Case referred to Magistrate Porter
               for pretrial proceedings. Court Reporter: Israel Van Bramer
               (seal) [Entry date 04/19/95]

4/18/95   25   Order  by Judge William B. Enright unsealing case case
               unsealed  partially (specified documents to remain under
               seal - docketed as sealed documents) (seal)
               [Entry date 04/19/95]

4/18/95   --   Summons issued as to defendant Kevin Ellis (seal)
               [Entry date 04/19/95]

5/1/95    26   Order  by Judge William B. Enright to make copies of sealed
               documents for pla's atty and then reseal sealed documents
               for pla's atty to review. (cc: all counsel) (rc)
               [Entry date 05/02/95]

5/3/95    28   Proof of service by plaintiff Sara Newsome  of: Summons and
               1st amd cmp, ntc to preserve evidence; order partially
               lifting seal, ntc of election of US not to intervene, order
               (rc) [Entry date 05/12/95]

5/8/95    27   Minutes: Enter Order  by Judge William B. Enright  The
               Honorable Judge William B Enright hereby recuses himself
               fro the case and Case reassigned to Judge Judith N. Keep
               (cc: all counsel, Judge transfer letter mld) Court
               Reporter: n/a (rc) [Entry date 05/09/95]

5/11/95   29   Notice of Motion and Motion by defendant Family Practice
               Asso, defendant Seth M Flam, defendant Michael J Feinstein,
               defendant Sol Lizerbram, defendant Howard A Hassman,
               defendant Kevin Ellis, defendant Steven J Hernandez to
               dismiss 1st amd cmp [ referred to Judge Judith N. Keep ]
               hrg 8/14/95 10:30 (rc) [Entry date 05/12/95]



5/11/95   30    Memorandum of points and authorities by defendant Family
                Practice Asso, defendant Seth M Flam, defendant Michael J
                Feinstein, defendant Sol Lizerbram, defendant Howard A
                Hassman, defendant Kevin Ellis, defendant Steven J
                Hernandez in support of motion to dismiss 1st amd cmp
                [29-1] (rc) [Entry date 05/12/95]

5/11/95   31    Declaration of Kelly Capen by defendant Family Practice
                Asso, defendant Seth M Flam, defendant Michael J Feinstein,
                defendant Sol Lizerbram, defendant Howard A Hassman,
                defendant Kevin Ellis, defendant Steven J Hernandez re
                motion to dismiss 1st amd cmp [29-1] hrg 8/14/95 10:30 t/w
                exhibits (rc) [Entry date 05/12/95]

5/11/95   32    Request for Judicial Notice by defendant Family Practice
                Asso, defendant Seth M Flam, defendant Michael J Feinstein,
                defendant Sol Lizerbram, defendant Howard A Hassman,
                defendant Kevin Ellis, defendant Steven J Hernandez motion
                to dismiss 1st amd cmp [29-1] (rc) [Entry date 05/12/95]

5/24/95   33    Minutes: Enter Order  by Judge Judith N. Keep The court
                orders the motion of the pla's for protective order
                referred to Magistrate Judge Porter. Court Reporter: n/a (rc)
                [Entry date 05/25/95]

5/25/95   34    Notice of Motion and Motion by defendant Family Practice
                Asso, defendant Seth M Flam, defendant Michael J Feinstein,
                defendant Sol Lizerbram, defendant Howard A Hassman,
                defendant Kevin Ellis, defendant Steven J Hernandez for
                protective order motion(s) referred to Judge Judith N.
                Keep ] hrg 6/28/95 2:30 (rc) [Entry date 05/30/95]

5/25/95   35    Memorandum of points and authorities by defendant Family
                Practice Asso, defendant Seth M Flam, defendant Michael J
                Feinstein, defendant Sol Lizerbram, defendant Howard A
                Hassman, defendant Kevin Ellis, defendant Steven J
                Hernandez in support of motion for protective order [34-1]
                (rc) [Entry date 05/30/95]

5/25/95   36    Declaration of Kelly Capen by defendant Family Practice
                Asso, defendant Seth M Flam, defendant Michael J Feinstein,
                defendant Sol Lizerbram, defendant Howard A Hassman,
                defendant Kevin Ellis, defendant Steven J Hernandez re
                motion for protective order [34-1] t/w exhibits (rc)
                [Entry date 05/30/95]

5/25/95   37    Declaration of Breckinridge L Willcox by defendant Family
                Practice Asso, defendant Seth M Flam, defendant Michael J
                Feinstein, defendant Sol Lizerbram, defendant Howard A
                Hassman, defendant Kevin Ellis, defendant Steven J
                Hernandez re motion for protective order [34-1] (rc)
                [Entry date 05/30/95]

5/25/95   38    Declaration of Alan E Reider by defendant Family Practice
                Asso, defendant Seth M Flam, defendant Michael J Feinstein,
                defendant Sol Lizerbram, defendant Howard A Hassman,
                defendant Kevin Ellis, defendant Steven J Hernandez re
                motion for protective order [34-1] (rc)

```
                        [Entry date 05/30/95]

6/14/95   39    Memo of P/A's by pla Sara Newsome  in opposition to motion
                for protective order [34-1], t/w exhs and prf of svc. (sh)
                [Entry date 06/20/95]

6/16/95   40    Pro Hac Vice approved  by Judge Judith N. Keep on behalf of
                dfts for Breckinridge L Willcox.  (cc: all counsel) (sh)
                [Entry date 06/20/95]

6/16/95   41    Pro Hac Vice approved  by Judge Judith N. Keep on behalf of
                dfts for Alan E Reider.  (cc: all counsel) (sh)
                [Entry date 06/20/95]

6/21/95   42    Reply Memo of P/A's by dfts in support of dfts' motion for
                protective order [34-1]. (sh) [Entry date 06/22/95]

6/23/95   43    Motion by pla  to disqualify dfts' counsel [ motion(s)
                referred to Judge Judith N. Keep ] on 10/9/95 at 10:30 am.
                (sh) [Entry date 06/27/95]

6/23/95   44    Notice of Motion Hearing by pla Sara Newsome  [ motion(s)
                referred ] motion to disqualify dfts' counsel set for
                10/9/95 at 10:30 am. (sh) [Entry date 06/27/95]

6/23/95   45    Memo of P/A's by plaintiff in support of motion  to
                disqualify dfts' counsel [43-1] on 10/9/95 at 10:30 am, t/w
                exhs and decl of svc. (sh) [Entry date 06/27/95]

6/29/95   53    Request by dfts for a discovery conference; OK PER COURT.
                (sh) [Entry date 07/06/95]

6/30/95   46    Dfts' answering memo of p/a's in opposition to motion to
                disqualify dfts' counsel [43-1]. (sh) [Entry date 07/06/95]

6/30/95   47    Dfts' Objections to decl of Linda S Robinson filed in
                support of motion to disqualify dfts' counsel. (sh)
                [Entry date 07/06/95]

6/30/95   48    Declaration of Kelly Capen Douglas in support of dfts' memo
                of p/a's in opposition to motion to disqualify dfts'
                attorneys [46-1], t/w exhs. (sh) [Entry date 07/06/95]

6/30/95   49    Declaration by dfts of Breckinridge L Willcox in reply
                [46-1] (sh) [Entry date 07/06/95]

6/30/95   50    Declaration by dfts of Ronald H Clark in motion reply
                [46-1], t/w exhs. (sh) [Entry date 07/06/95]

6/30/95   51    Declaration by dfts of Alan E Reider re motion reply
                [46-1], t/w exhs. (sh) [Entry date 07/06/95]

6/30/95   52    Declaration by dfts of Mary A Coleman re motion reply
                [46-1], t/w exh. (sh) [Entry date 07/06/95]

6/30/95   54    Minutes: Enter Order by Magistrate Louisa S. Porter  Dfts
                have filed a request for a discovery conf; the court orders
                the parties to meet and confer re a discovery schedule; if
                the parties are unable to formulate a discovery schedule on
                their own, then upon the filing of a certificate of
```

|         |     |                                                                                                                                                                                                                                                                                          |
|---------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |     | compliance, the parties may phone the court to set up a discovery conf; NUNC PRO TUNC 6/28/95 (cc: all counsel) (sh) [Entry date 07/06/95]                                                                                                                                                |
| 7/6/95  | --  | Transcript filed of motion hrg, on 6/28/95, before Magistrate Judge Porter, Karen Solomon, Echo Reporting, Inc. (sh) [Entry date 07/10/95]                                                                                                                                                |
| 7/10/95 | 55  | Supplementary Declaration by pla Sara Newsome of Linda S Robinson in support of motion to disqualify dfts' counsel [43-1], t/w prf of svc. (sh) [Entry date 07/12/95]                                                                                                                     |
| 7/10/95 | 56  | Reply by pla Sara Newsome to dfts' answering memorandum in opposition to motion to disqualify dfts' counsel [43-1], t/w exh. (sh) [Entry date 07/12/95]                                                                                                                                   |
| 7/11/95 | 59  | Order re dft's motion for protective order by Magistrate Louisa S. Porter granting in part & denying in part motion for protective order [34-1] Rpt may be provided by DOJ to realator but w/ the personal identifying info of 3rd persons redacted. The rpt shall be provided w/in 10-dys from date of this order (cc: all counsel) (mm) [Entry date 07/20/95] |
| 7/12/95 | 57  | Objections by dfts to evdience submitted in support of motion to disqualify dft's counsel [45-1], t/w prf of svc. (sh) [Entry date 07/13/95]                                                                                                                                              |
| 7/17/95 | 60  | Minutes: Enter Order by Judge Judith N. Keep denying motion  to disqualify dfts' counsel [43-1]; counsel for the dfts to submit proposed order w/in five days. Court Reporter: Renee Green (sh) [Entry date 07/25/95]                                                                      |
| 7/18/95 | 58  | Stipulation and Order  by Judge Judith N. Keep : vacating [29-1] motion to dismiss 1st amd cmp; dfts' mot to dism filed 5/11/95, is taken off calendar; pla shall file a mot seeking leave to file a second amd cmp on or before 7/31/95, and attach a copy of the proposed second amd cmp to the mot  (cc: all counsel) (lmm) [Entry date 07/20/95] |
| 7/18/95 | 61  | Notice of Motion and Motion by dfts' to stay Magistrate Judge Porter's order dated 7/11/95 [ motion(s) referred to Judge Judith N. Keep ] no date set (sh) [Entry date 07/26/95]                                                                                                          |
| 7/18/95 | 62  | Memo of P/A's by dfts' in support of motion to stay Magistrate Judge Porter's order dated 7/11/95 [61-1]. (sh) [Entry date 07/26/95]                                                                                                                                                      |
| 7/18/95 | 63  | Declaration by dfts' of Robert G Stiner in support of dft's motion to stay Magistrate Judge Porter's order dated 7/11/95 [62-1], t/w exhs. (sh) [Entry date 07/26/95]                                                                                                                     |
| 7/19/95 | 64  | Minutes: Enter Order  by Judge Judith N. Keep  motion to stay Magistrate Judge Porter's order dated 7/11/95 [61-1], the court orddes movant's brief filed and hand-served no later than 7/18/95 at 5:00 pm; opposition filed and hand-served no later than 7/20/95 at 9:00 am.  (cc: all counsel) (sh) [Entry date 07/26/95] |



7/19/95   65    Memo of P/A's by pla in opposition to motion to stay
                Magistrate Judge Porter's order dated 7/11/95 [61-1], t/w
                exh and decl of svc. (sh) [Entry date 07/26/95]

7/20/95   67    Motion by Family Practice Asso, Seth M Flam, Michael J
                Feinstein, Sol Lizerbram, Howard A Hassman, Kevin Ellis,
                Steven J Hernandez for reconsideration of Magistrate
                Judge's order re dfts' motion for protective order [
                motion(s) referred to Judge Judith N. Keep ] (seal)
                [Entry date 07/27/95]

7/20/95   68    Notice of Motion Hearing by Family Practice Asso, Seth M
                Flam, Michael J Feinstein, Sol Lizerbram, Howard A Hassman,
                Kevin Ellis, Steven J Hernandez [ motion(s) referred  to
                Judge Judith N. Keep ]  Date to be set or motion will be
                withdrawn or found moot (per law clerk). (seal)
                [Entry date 07/27/95]

7/20/95   69    Declaration of Robert G Steiner by Family Practice Asso,
                Seth M Flam, Michael J Feinstein, Sol Lizerbram, Howard A
                Hassman, Kevin Ellis, Steven J Hernandez re motion for
                reconsideration of Magistrate Judge's order in support of
                dfts' motion for protective order [67-1] t/w exhibits. (no
                date set as yet for hearing). (seal) [Entry date 07/27/95]

7/21/95   66    Orde  by Judge Judith N. Keep  denying motion to stay
                Magistrate Judge Porter's order dated 7/11/95 [61-1].  (cc:
                all counsel) (sh) [Entry date 07/26/95]

7/24/95   70    Order  by Judge Judith N. Keep  denying motion  to
                disqualify dfts' counsel [43-1].  (cc: all counsel) (sh)
                [Entry date 07/27/95]

7/25/95   71    Notice of Motion and Motion by defendant for sanctions [
                motion(s) referred to Judge Judith N. Keep ] on 11/20/95 at
                10:30 am, t/w prf of svc. (sh) [Entry date 07/28/95]

7/25/95   72    Memo of P/A's by defendant in support of motion for
                sanctions [71-1] on 11/20/95 at 10:30 am. (sh)
                [Entry date 07/28/95]

7/25/95   73    Declaration by dfts of Alan E Reider in support of dfts'
                motion for sanctions [72-1], t/w exhs. (sh)
                [Entry date 07/28/95]

7/25/95   74    Declaration by dfts of Robert G Steiner in support of dfts'
                motion for sanctions [72-1], t/w exhs. (sh)
                [Entry date 07/28/95]

7/26/95   --    Transcript filed of proceedings, on 7/17/95, before Judge
                Keep, Shonna D Ruane, Ad Hoc Reporting. (sh)
                [Entry date 07/28/95]

7/31/95   75    Notice of Motion and Motion by pla for leave to file
                second amended complaint [ motion(s) referred  to Judge
                Judith N. Keep ] on 11/27/95 at 10:30 am. (sh)
                [Entry date 08/02/95]

7/31/95   76    Memo of P/A's  by pla in support of motion for leave to
                file second amended complaint [75-1] on 11/27/95 at 10:30

```
                          am. (sh) [Entry date 08/02/95]

7/31/95   77    Declaration by pla of Robert P Lowell in support of the
                motionfor leave to file her second amended complaint [76-1]
                (sh) [Entry date 08/02/95]

7/31/95   78    Proof of service by pla of Linda S Robinson re: notice of
                motion and motion for leave to file second amended
                complaint, etc. (sh) [Entry date 08/02/95]

8/3/95    79    Notice of lodgment by pla re proposed second amended
                coplaint filed under seal, t/w decl of svc. (sh)
                [Entry date 08/04/95]

8/9/95    80    Notice by defendant Family Practice Asso, defendant Seth M
                Flam, defendant Michael J Feinstein, defendant Sol
                Lizerbram, defendant Howard A Hassman, defendant Kevin
                Ellis, defendant Steven J Hernandez  of withdrawal of
                Motion for reconsideration and objection t/w prf svc (jrb)
                [Entry date 08/10/95]

11/6/95   81    Memo of P/A's in Opposition by plaintiff Sara Newsome  to
                motion for sanctions [71-1] (jrb) [Entry date 11/08/95]

11/6/95   82    Declaration of Linda S. Robinson by plaintiff Sara Newsome
                re motion response [81-1] (jrb) [Entry date 11/08/95]

11/6/95   83    Declaration of Robert P. Lowell by plaintiff Sara Newsome
                re motion response [81-1] (jrb) [Entry date 11/08/95]

11/6/95   84    Declaration of David S. Robbin by plaintiff Sara Newsome re
                motion response [81-1] (jrb) [Entry date 11/08/95]

11/6/95   85    Objections by plaintiff Sara Newsome to evidence submitted
                in support of dfts' motion for sanctions [71-1] (jrb)
                [Entry date 11/08/95]

11/7/95   86    Amended answering memo and P/A's in Opposition by plaintiff
                Sara Newsome to motion for sanctions [71-1] (jrb)
                [Entry date 11/15/95]

11/7/95   87    Declaration of Linda S. Robinson by plaintiff Sara Newsome
                re motion response [86-1] (jrb) [Entry date 11/15/95]

11/8/95   89    Amended Proof of service by plaintiff Sara Newsome of:
                relator's amended answering memorandum of P/A's, opposition
                to dft's motion for sanctions, declaration of Linda S.
                Robinson (jrb) [Entry date 11/16/95]

11/13/95 88     Reply by defendant Family Practice Asso, defendant Seth M
                Flam, defendant Michael J Feinstein, defendant Sol
                Lizerbram, defendant Howard A Hassman, defendant Kevin
                Ellis, defendant Steven J Hernandez to opposition to motion
                for sanctions [71-1] t/w prf svc (ml) [Entry date 11/15/95]

11/13/95 90     Response  by defendant Family Practice Asso, defendant Seth
                M Flam, defendant Michael J Feinstein, defendant Sol
                Lizerbram, defendant Howard A Hassman, defendant Kevin
                Ellis, defendant Steven J Hernandez  to pla's motion for
                lv to file second amended cmp (jrb) [Entry date 11/17/95]
```



11/13/95  91    Objections by defendant Family Practice Asso, defendant
                Seth M Flam, defendant Michael J Feinstein, defendant Sol
                Lizerbram, defendant Howard A Hassman, defendant Kevin
                Ellis, defendant Steven J Hernandez  to declaration [87-1]
                of Linda Robinson filed in support of opposition to dft's
                motion for sanctions (jrb) [Entry date 11/17/95]

11/13/95  92    Objections by defendant Family Practice Asso, defendant
                Seth M Flam, defendant Michael J Feinstein, defendant Sol
                Lizerbram, defendant Howard A Hassman, defendant Kevin
                Ellis, defendant Steven J Hernandez to declaration [83-1]
                led in support of opposition to dft's motion for sanctions
                (jrb) [Entry date 11/17/95]

11/20/95  93    Minutes: Enter Order  by Judge Judith N. Keep denying motion
                for sanctions [71-1]; the court orders the mot denied;
                counsel for the pla's to submit proposed order w/in five
                days            Court Reporter: Renee Green (1mm)

12/5/95   94    Supplemental Brief Filed by plaintiff Sara Newsome in
                support of pla's motion for leave to file second amended
                complaint [75-1], t/w decl's and prf of srvc (1mm)
                [Entry date 12/07/95]

12/5/95   95    (Copy) Statement (supplemental brief) by defendant Family
                Practice Asso, defendant Seth M Flam, defendant Michael J
                Feinstein, defendant Sol Lizerbram, defendant Howard A
                Hassman, defendant Kevin Ellis, defendant Steven J
                Hernandez in support of motion for leave to file second
                amended complaint [75-1] sooner than 12/14/95, and that it
                be filed under seal; t/w prf of srvc (1mm)
                [Entry date 12/07/95]

12/5/95   96    Order by Judge Judith N. Keep granting motion for leave to
                file second amended complaint [75-1]; pla's mot for leave
                to file a second amd cmp is granted; pla's request that
                the second amd cmp be filed in camera and under seal is denied;
                pla'a request that the second amd cmp be filed in camera
                and under seal until 12/14/95 is denied; pla's request that
                the second amd cmp not be filed until 12/14/95 is denied
                (cc: all counsel) (1mm) [Entry date 12/07/95]

12/5/95   97    Second Amended complaint [23-1] adding FPA Medical
                Management Inc (1mm) [Entry date 12/07/95]

12/5/95   97    Demand for jury trial by plaintiff Sara Newsome (1mm)
                [Entry date 12/07/95]

12/5/95   98    Order  by Judge Judith N. Keep, it is hereby ordered that
                dft's mot for sanctions of relator's counsel is denied; the
                court incorporates by reference into this order the entire
                transcript of the 11/20/95, hrg (cc: all counsel) (1mm)
                [Entry date 12/07/95]

12/5/95   99    Ex Parte Application by plaintiff USA pursuant to
                31:3730(b) for an order permitting the filing of certain
                documents in camera; t/w certif of srvc (1mm)
                [Entry date 12/07/95]

12/5/95  100    Ex Parte Application by plaintiff USA for an order
                partially lifting the seal on the proposed second amd cmp
                (1mm) [Entry date 12/07/95]

12/5/95  101    In Camera Ex Parte Declaration of AUSA Stephen J Segret by
                plaintiff USA (1mm) [Entry date 12/07/95]

12/5/95  102    Order  by Judge Judith N. Keep  denying ex parte
                application for partial lifting [100-1], denying ex parte
                application for an order permitting the USA to submit a
                decl in this matter in camera and under seal [99-1]; in
                light of the court's order filing the cmp, this is moot so
                it is denied (cc: all counsel) (1mm) [Entry date 12/07/95]

12/5/95  103    Order  by Judge Judith N. Keep denying ex parte application
                of the USA for an order partially lifiting the seal in this
                matter (cc: all counsel) (1mm) [Entry date 12/07/95]

12/5/95  104    Statement by defendant Family Practice Asso, defendant Seth
                M Flam, defendant Michael J Feinstein, defendant Sol
                Lizerbram, defendant Howard A Hassman, defendant Kevin
                Ellis, defendant Steven J Hernandez in support of requiring
                that the second amd cmp be filed no sooner than 12/14/95,
                and be filed, if at all, under seal pursuant to 31:3730(b);
                t/w prf of srvc        NUNC PRO TUNC 11/30/95 (1mm)
                [Entry date 12/11/95]

12/13/95 --     Summons issued (jrb) [Entry date 12/15/95]

12/22/95 105    Stipulation and Order by Judge Judith N. Keep, good cause
                appearing, it is hereby ordered that each of the dfts named
                in the second amd cmp file its or his response to the
                second amd cmp on or before 1/22/96 (cc: all counsel) (1mm)
                [Entry date 12/27/95]

12/28/95 --     Transcript filed of mot hrg (ruling of the court) before
                the Honorable Judith N Keep on 11/20/95; Court Recorder
                Renee Green (1mm)

12/28/95 106    Proof of service by plaintiff Sara Newsome of: second amd
                cmp upon AUSA Stephen Segreto on 12/28/95 (1mm)
                [Entry date 01/02/96]

12/28/95 107    Proof of service by plaintiff Sara Newsome of: second amd
                cmp, and summons upon attnys for Steven J Hernandez on
                12/13/95 (1mm) [Entry date 01/02/96]

12/28/95 108    Proof of service by plaintiff Sara Newsome of: second amd
                cmp and summons upon attnys for Kevin Ellis on 12/13/95 (1mm)
                [Entry date 01/02/96]

12/28/95 109    Proof of service by plaintiff Sara Newsome of: second amd
                cmp, and summons upon attnys for Howard A Hassman on
                12/13/95 (1mm) [Entry date 01/02/96]

12/28/95 110    Proof of service by plaintiff Sara Newsome of: second amd
                cmp and summons upon attnys for Sol Lizerbram 12/13/95 (1mm)
                [Entry date 01/02/96]

| | | |
|---|---|---|
| 12/28/95 | 111 | Proof of service by plaintiff Sara Newsome of: second amd cmp and summons upon attnys for Seth M Flam on 12/13/95 (1mm) [Entry date 01/02/96] |
| 12/28/95 | 112 | Proof of service by plaintiff Sara Newsome of: second amd cmp and summons upon attnys for Michael J Feinstein on 12/13/95 (1mm) [Entry date 01/02/96] |
| 12/28/95 | 113 | Proof of service by plaintiff Sara Newsome of: second amd cmp and summons upon attnys for Family Practice Associates of San Diego on 12/13/95 (1mm) [Entry date 01/02/96] |
| 12/28/95 | 114 | Proof of service by plaintiff Sara Newsome of: second amd cmp and summons upon FPA Medical Management, Inc on 12/13/95 (1mm) [Entry date 01/02/96] |
| 1/22/96 | 115 | Notice of Motion and Motion by defendant Family Practice Asso, defendant Seth M Flam, defendant Michael J Feinstein, defendant Sol Lizerbram, defendant Howard A Hassman to dismiss second amd cmp [ motion(s) referred  to Judge Judith N. Keep ], 4/29/96, at 10:30 am (1mm) [Entry date 01/23/96] |
| 1/22/96 | 116 | Memorandum of points and authorities by defendant Family Practice Asso, defendant Seth M Flam, defendant Michael J Feinstein, defendant Sol Lizerbram, defendant Howard A Hassman in support of motion to dismiss second amd cmp [115-1]; 4/29/96, at 10:30 am (1mm) [Entry date 01/23/96] |
| 1/22/96 | 117 | Notice of lodgment by defendant Family Practice Asso, defendant Seth M Flam, defendant Michael J Feinstein, defendant Sol Lizerbram, defendant Howard A Hassman in support of motion to dismiss second amd cmp [115-1], t/w exh (copy of summons, and second amd cmp) (1mm) [Entry date 01/23/96] |
| 1/22/96 | 118 | Declaration of srvc by defendant Family Practice Asso, defendant Seth M Flam, defendant Michael J Feinstein, defendant Sol Lizerbram, defendant Howard A Hassman of ntc of mot to dism second amd cmp, memo of p/a's, and ntc of lodgment in support (1mm) [Entry date 01/23/96] |
| 1/22/96 | 119 | Notice by defendant Seth M Flam, defendant Michael J Feinstein, defendant Sol Lizerbram, defendant Howard A Hassman, defendant Kevin Ellis of association of attorneys Pamela J Naughton, Michael J Roake, Cynthia G Iliff all of Baker and McKenzie; t/w decl of srvc (1mm) [Entry date 01/23/96] |
| 1/22/96 | 120 | JOINDER by defendant Family Practice Asso, defendant Seth M Flam, defendant Michael J Feinstein, defendant Sol Lizerbram, defendant Howard A Hassman, defendant Kevin Ellis, defendant Steven J Hernandez joining motion to dismiss second amd cmp [115-1]; t/w prf of srvc (1mm) [Entry date 01/23/96] |
| 1/25/96 | 121 | Declaration of service by defendant Family Practice Asso, defendant Seth M Flam, defendant Michael J Feinstein, |

defendant Sol Lizerbram, defendant Howard A Hassman,
defendant Kevin Ellisof ntc of mot and mot to dism second
amd cmp, memo of p/a's in support, ntc of lodgment in
support, and ntc of association of counsel (lmm)
[Entry date 01/26/96]

1/29/96   122   Proof of service by defendant Family Practice Association,
defendant Seth M Flam, defendant Michael J Feinstein,
defendant Sol Lizerbram, defendant Howard A Hassman,
defendant Kevin Ellis, defendant FPA Medical Mngmt In of:
ntc of association of counsel, ntc of mot and mot to dism
second amd cmp, memo of p/a's, and ntc of lodgment in
support, t/w decl's of srvc (lmm) [Entry date 01/30/96]

2/8/96   123   Notice of Dismissal w/out prejudice as to party Family
Practice Assoc t/w prf svc (jrb) [Entry date 02/12/96]

2/23/96   124   Notce and Order for Pre Answer Earle Neutral Evaluation by
Magistrate Louisa S. Porter Pre-Answer Early Neutral Eval
Conf set for 2:30 4/10/96 (cc: all counsel) (lmm)
[Entry date 02/26/96]

4/10/96   125   Minutes: Enter Order by Magistrate Louisa S. Porter
Pre-answer E.N.E. held; Post-answer E.N.E. Conference set
for 1:00 5/31/96 (jrb) [Entry date 04/12/96]

4/11/96   126   Answer to second amended complaint by defendants Family
Practice Asso, defendant Seth M Flam, defendant Michael J
Feinstein, defendant Sol Lizerbram, defendant Howard A
Hassman, defendant Kevin Ellis, defendant Steven J
Hernandez t/w prf svc (jrb) [Entry date 04/15/96]

4/11/96   127   Notice by defendant Family Practice Asso, defendant Seth M
Flam, defendant Michael J Feinstein, defendant Sol
Lizerbram, defendant Howard A Hassman of withdrawal of
motion to dismiss second amended complaint (jrb)
[Entry date 04/15/96]

5/31/96   128   Minutes: Enter Order by Magistrate Louisa S. Porter
E.N.E. Conference held 1:00 5/31/96; Settlement/Case
Management Conference set for 9:30 7/1/96 (jrb)
[Entry date 06/06/96]

7/1/96   130   Minutes: Enter Order by Magistrate Louisa S. Porter a
settlement conf was held and the case settled; the
settlement was put on the record [tape 1:1342-3412]; the
stip settlement and dismissal was submitted and passed on
to Judge Keep's chambers (lmm) [Entry date 07/09/96]

7/2/96   129   Stipulation and Order by Judge Judith N. Keep:  The parties
dismiss the action with prejudice in accordance with the
terms, conditions and provisions set forth in that certain
Settlement Agreement and Release, dated 6/28/96.
terminating case (cc: all counsel) (tlw)
[Entry date 07/03/96]

7/1/97   131   Stipulation for order modifying Scheduling order
terminating case [129-1], re stipulation [129-2] (jrl)
[Entry date 07/02/97]


7/1/97    132    Stipulation and Order by Judge Judith N. Keep: granting
                 stipulation [131-1] modifying settlement agreement; to
                 replace attorney Lowell & Robbin for pla Sara Newsome
                 (Burns) with attorney John G. Appel; attorney Appel will
                 deliver installment payments from U.S. as it is received
                 from FPA (cc: all counsel) (jrl) [Entry date 07/07/97]

1/13/99   133    Notice of Lien by claimant Bradley Proulx (rab)
                 [Entry date 01/14/99]

---

Case Flags:
TERMED
SEALDC

---

END OF DOCKET: 3:91cv1325

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/05/2001 16:55:22 | | |
| **PACER Login:** | rk0009 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 3:91cv01325 |
| **Billable Pages:** | 18 | **Cost:** | 1.26 |

# EXHIBIT B

FILED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, SARA [NEWSOME] BURNS, | ) Case No. 911325-K (POR) |
| Plaintiffs, | ) STIPULATION AND ORDER |
| v. | ) DISMISSING THE ACTION |
| FAMILY PRACTICE ASSOCIATES OF SAN DIEGO, an Osteopathic Corporation; MICHAEL J. FEINSTEIN; SETH M. FLAM; SOL LIZERBRAM; HOWARD A. HASSMAN; KEVIN ELLIS; STEVEN J. HERNANDEZ; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that:

///

///

///

ENTERED ON 7/3/96



EXHIBIT B



1      The above-entitled action is dismissed with prejudice in accordance with the terms, conditions

2  and provisions set forth in that certain Settlement Agreement and Release, dated June 28, 1996.

3  Dated: _____July 1_____, 1996       Dated: _____July 1_____, 1996

4

5  For the Plaintiff/Relator:             For the Defendants:

6  LOWELL & ROBBIN           ARENT FOX KINTNER PLOTKIN & KAHN

7  By: _____     By: _____

8     David S. Robbin, Esq.            Alan E. Reider, Esq.
      707 Broadway, Suite 1700         1050 Connecticut Avenue, N.W.

9     San Diego, CA 92101-5311        Washington, D.C. 20036-5339
      (619) 236-1142                (202) 857-6000

10

11  LAW OFFICES OF JUDITH B. OAKES    LUCE FORWARD HAMILTON & SCRIPPS

12  By _____     By: _____ 7/1/96

13     Judith B. Oakes, Esq.            Robert G. Steiner, Esq.
      707 Broadway, Suite 1700         Kelly Capen Douglas, Esq.

14     San Diego, CA 92101-5311        600 West Broadway, Suite 2600
      (619) 696-0040                San Diego, CA 92101-3391
                              (619) 236-1414

15  The United States does not object to dismissal with prejudice.

16

17  Dated: _____July 1_____, 1996     By: _____

18                              Stephen J. Segreto
                               Assistant U. S. Attorney

19                              880 Front Street, Room 6293
                               San Diego, CA 92101-8893

20                              (619) 557-5682

21  The State of California does not object to dismissal with prejudice.

22  Dated: _____July 1_____, 1996     By: _____

23                              Ernest W. Piper
                               Deputy Attorney General

24                              110 W. A Street, Suite 1100
                               San Diego, CA 92186-5266

25                              (619) 645-2426

26  IT IS SO ORDERED as stipulated by the parties herein:

27  DATED: 7/2/96

28                              _____
                               Judith N. Keep, Chief Judge
                               United States District Court

2

# EXHIBIT C

FILED

JI⌐ ⁻ ⌐ ⌐

*J. Pausletta*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel SARA NEWSOME(BURNS) | CASE NO. 91-1325-K(POR) |
| Plaintiffs, | ORDER ON STIPULATION FOR ORDER MODIFYING SETTLEMENT AGREEMENT |
| v. | |
| FAMILY PRACTICE ASSOCIATES, et al, | |
| Defendants. | |

The Court having reviewed the STIPULATION FOR ORDER MODIFYING SETTLEMENT AGREEMENT among the United States of America, Sara Newsome Burns and Lowell & Robbin filed herewith, and good cause appearing,

IT IS HEREBY ORDERED THAT:

a.    Paragraph 7 of the Settlement Agreement among the United States of America, Sara Newsome Burns and Lowell & Robbin dated July 1, 1996, shall be and hereby is modified to read as follows:

"    7.    The United States agrees that it shall pay the Relator, in full satisfaction of the rights of the Relator pursuant to 31 U.S.C. § 3730(d), 29 percent of the Settlement Amount **as it is received by the United States from FPA ("the Reward payments")**.  Relator is entitled to a share of the interest

Civil Case No. 91-1325-K(POR)
ORDER ON STIPULATION FOR ORDER MODIFYING SETTLEMENT
AGREEMENT          132    [S]    EXHIBIT C          1

1    paid by FPA. The Relator's Reward payments will be paid to her in the form
2    of United States Treasury checks made payable to the order of Sara Newsome
3    Burns, and shall be delivered to Relator's attorney John G. Appel, Jr., at 402
4    West Broadway, Suite 400, San Diego CA 92101 or such other address as such
5    attorney may designate to the United States in writing, within 30 days of the
6    receipt of settlement payment by FPA to the United States."
7    b.    The former attorneys for Sara Newsome Burns, Lowell & Robbin,
8    David Robbin, Robert P. Lowell, Judith Oakes and Linda Robinson are hereby
9    relieved from any further responsibility to receive or deliver the installment
10    payments referred to in paragraph 7 of the Settlement Agreement.
11    **IT IS SO ORDERED.**
12
13    DATED: _7/1/97_    _Judith N Lee_
14    UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Civil Case No. 91-1325-K(POR)
ORDER ON STIPULATION FOR ORDER MODIFYING SETTLEMENT
AGREEMENT                                                                 2

# EXHIBIT D

**FORM B1**

## United States Bankruptcy Court
## SOUTHERN DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Burns, Sara Newsome | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4621 Kensinton Drive<br>San Diego, CA 92116 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: San Diego | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: L. Scott Keehn, 61691<br>ROBBINS & KEEHN, APC<br>530 "B" Street, Suite 2400<br>San Diego, California 92101  ph: 619-232-1700 |
|---|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| [✓] Individual(s) | [ ] Railroad | | | |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 7 | [ ] Chapter 11 | [✓] Chapter 13 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Other_____ | | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [✓] Consumer/Non-Business | [ ] Business | [✓] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101.

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

[✓] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Case # :
Name :
Judge : PETER BOWIE
13
Filed : 01/25/99 @10:33am
Entry : P TORRANCE
Receipt : 00110032
Amount : $160.00

BY: CLERK, U.S. Bankruptcy Court District of California

ORIGINAL

**Estimated Number of Creditors**

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

EXHIBIT D

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

# Voluntary Petition
*(This page must be completed and filed in every case)*

FORM B1, Page 2

Name of Debtor(s):
Sara Newsome Burns

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed:    NONE | Case Number | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor (If more than one, attach additional sheet)

| Name of Debtor:    NONE | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___Sara J Burns___
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

1-22-99
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X ___L. Scott Keehn___
Signature of Attorney for Debtor(s)

L. SCOTT KEEHN 61691
Printed Name of Attorney for Debtor(s)

ROBBINS & KEEHN, APC
Firm Name

530 "B" Street, Suite 2400
Address

San Diego, California 92101

619-232-1700
Telephone Number

1-25-99
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commision pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ___L. Scott Keehn___    1-25-99
Signature of Attorney for Debtor(s)    Date

A bankruptcy petition prepare's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30816

Bank America
P. O. Box 59104
Las Vegas, NV  89159-1004

Heine, Elaine
110 West C Street
San Diego, CA  92101

Seitman, John
Lindley, Lazar & Scales
550 C Street, Suite 1800
San Diego, CA  92101

U. S. Department of Education
P. O. Box 746000
Atlanta, GA  30374-6000

Visa
Bank Card Services
P. O. Box 53132
Phoenix, AZ  85072-3132

Western Family Financial
P. O. Box 8000
Carlsbad, CA  92018-8000

# EXHIBIT E



1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson (#143143)
2  2139 First Avenue
   San Diego, CA 92101
3  (619) 557-9420/Fax (619) 557-9425

4  Attorneys for Creditor BRADLEY PROULX

ENTERED FEB 2 2 1999

FILED
FEB 1 9 1999
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
ENTERED
LODGED
RECEIVED

FEB 1 1 1999
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10  In re:                                )  CASE NO. 99-00811-B13
                                          )
11                                        )  **ORDER AUTHORIZING**
                                          )  **PAYMENT**
12       SARA NEWSOME BURNS,              )
                                          )  Date:     2/9/99
13                    Debtor.             )  Time:     11:00 a.m.
                                          )  Ctrm:     3
14  _____ )  Hon. John J. Hargrove

         Creditor Bradley Proulx's application for an order authorizing payment of

settlement monies to a segregated account on monies owed to Debtor BURNS

from the United States of America to the Chapter 13 Trustee came before the

Court on the above date and time by Creditor's ex parte application.  Creditor

BRADLEY PROULX appeared through his counsel, Bryan D. Sampson.  The

United States of America appeared through its counsel, Stephen Segreto.  Sara

Newsome Burns did not appear.  Upon reviewing the pleadings filed by the parties,

hearing oral argument, and good cause appearing therefore,

         IT IS HEREBY ORDERED that the UNITED STATES OF AMERICA shall

immediately pay any and all monies currently due and owing to Debtor SARA

NEWSOME BURNS directly to Debtor's counsel, Robbins & Keehn, at 530 "B"

Street, Suite 2400, San Diego, California 92101, c/o of Charles F. Robbins, Esq.

EXHIBIT **E**

1    IT IS FURTHER HEREBY ORDERED that the UNITED STATES OF

2    AMERICA is then deemed to have discharged all of its obligations under the

3    subject settlement and is, therefore, released from any further liability against all

4    parties in this action, including but not limited to Debtor SARA NEWSOME

5    BURNS, Creditor Bradley Proulx, and their counsel.

6    IT IS FURTHER HEREBY ORDERED that Debtor's counsel, Charles F.

7    Robbins, Esq., and his firm, Robbins & Keehn, are hereby instructed to place the

8    funds from the United States of America into a segregated, interest-bearing

9    account. The funds may not be disbursed without further order of this court.

10    Further, in the event the Debtor dismisses her Chapter 13 action, the funds shall

11    remain in the account of Debtor's counsel, pending further order of this court.

12    **IT IS SO ORDERED.**

13    DATED: _2 - 19 - 99_

14                                        Judge, United States Bankruptcy Court

15

16    **NOTICE:**    Signature by the attorney constitutes a certification under Federal
       Rule of Bankruptcy Procedure 9011 that the relief provided by the
17       Order is the relief granted by the Court.

18    Submitted by:

19                                        Bryan D. Sampson

20

21

22

23

24

25

26

27    In re: Sara Newsome Burns
       Case No.: 99-00811-B13
28    Order Authorizing Payment

# EXHIBIT F

CSD 1176 [08/21/00]
Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (61691)
ROBBINS & KEEHN, APC
530 B Street, Suite 2400
San Diego, CA  92101
(619) 232-1700

Attorneys for Sara Newsome Burns



**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

    SARA NEWSOME BURNS

                           Debtor.

BANKRUPTCY NO.  99-00811-B13

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

        Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 Case, Docket Entry

No. __104_____, it is ordered that:

        This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the

debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith

effective.  The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

//

//

//

DATED: **8/16/01**

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief
granted by the court.

Submitted by:

ROBBINS & KEEHN, APC_____
(Firm name)

By: /s/ L. Scott Keehn_____
    Attorney for Movant

CSD 1176

EXHIBIT F

# EXHIBIT G

**DATASEARCH**

P.O. BOX 15406
SACRAMENTO, CA  95851

RE:  BURNS, SARA NEWSOME
JURISDICTION: DATABASE - UCC (CA)

We have caused a preliminary search to be made of public records
in the above jurisdiction for filings under the Uniform Commercial
Code against the above named subject. As of the close of business
on 11/29/01, we find:

   1 FILING(S) PER ATTACHED LISTING(S). REQUESTED COPIES
HAVE BEEN ORDERED AS INDICATED (*).

This report is based on information supplied by the office of the California
Secretary of State. Datasearch, Inc. does not represent that any or all of
the information contained herein is accurate or that pertinent information
has not been omitted. In no event shall Datasearch, Inc. be liable upon any
claim arising out of, related to, or connected with the furnishing of this
report in excess of the amount charged by Datasearch, Inc. for this report.

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED FROM THE OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

       22968
       ROBBINS AND KEEHN              REPORT DATE:       12/05/01
       ATTORNEYS AT LAW               REFERENCE:
       ATTN: LIBBY                    PROCESS LEVEL:      05341
       530  "B" STREET, #2400         INDEX DATE:        11/29/01
       SAN DIEGO    CA   92101

                                   (C) DATASEARCH, INC. 1988

We guarantee our information to be as accurate as reasonable care can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and we will accept no liability beyond the exercise of reasonable c

EXHIBIT  G

**DATASEARCH**
P.O. BOX 15406
SACRAMENTO, CA  95851

(C) DATASEARCH, INC. 1988          D A T A L I N K          DATE : 12/05/01
DBASE: UCC - CA                   ACTIVITY LISTING          INDEX: 11/29/01


INQUIRY:                    BURNS, SA
FILING ACTIVITY:            BURNS SARA NEWSOME

ITM#    DATE    FILE#       T NAME/ADDRESS

  1    8/02/99 9922560331   J BURNS SARA NEWSOME
                              4621 KENSINGTON DR
                              SAN DIEGO          CALIFORNIA
                              BRADLEY PROULX
                              2139 FIRST AVE
                              SAN DIEGO          CALIFORNIA


. . . . end

99.655.0

MAIL TO.
Secretary of State
P.O. Box 94235
Sacramento CA 94235 0001 REFERENCE CODE CIVIL PROCEDURE SECTIONS 697.510 697.550 AND 697.570

**STATE OF CALIFORNIA**
**NOTICE OF JUDGMENT LIEN ON PERSONAL PROPERTY**
**(FOR FILING IN THE OFFICE OF THE SECRETARY OF STATE)**
**IMPORTANT - Read instructions on back before completing this form**

**BURNS, SARA NEWSOME**

**4621 KENSINGTON DRIVE**

**SAN DIEGO, CA** | **92116**

**BRADLEY PROULX, C/O SAMPSON & ASSOCIATES**
**2139 FIRST AVENUE**
**SAN DIEGO CALIFORNIA 92101**

A  Title of court where judgment was entered **SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

B  Title of the action **BRADLEY PROULX V. SARA NEWSOME BURNS**

C  Number of the action **711064**

D  Date judgment was entered **OCTOBER 30, 1998**

E  Dates of subsequent renewals of judgment if any

F  Amount required to satisfy judgment at date of this notice **$231,462.61**

G  Date of this notice **7-29-99**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated **7-29** 19 **99**

**SAMPSON & ASSOCIATES**
BY: **BRYAN D. SAMPSON, ESQ.**
FOR **JUDGMENT CREDITOR**

THIS SPACE FOR USE OF FILING OFFICER

**9922560331**

**RETURN COPY TO**

**BRYAN D. SAMPSON, ESQ.**
**SAMPSON & ASSOCIATES**
**2139 FIRST AVENUE**
**SAN DIEGO, CA 92101**

**FILED**
**SACRAMENTO, CA**
**AUG 02, 1999 AT 0800**
**BILL JONES**
**SECRETARY OF STATE**

# EXHIBIT H

(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>**SOUTHERN DISTRICT OF CALIFORNIA** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Burns, Sara Newsome | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4621 Kensinton Drive<br>San Diego, CA 92116 | Street Address of Joint Debtor(No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    San Diego | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  L. Scott Keehn, 61691<br>ROBBINS & KEEHN, APC<br>530 B Street, Suite 2400<br>San Diego, CA 92101  ph: 619-232-1700 |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>[x] Individual(s)      [ ] Railroad<br>[ ] Corporation       [ ] Stockbroker<br>[ ] Partnership       [ ] Commodity Broker<br>[ ] Other_____ | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>[x] Chapter 7       [ ] Chapter 11       [ ] Chapter 13<br>[ ] Chapter 9       [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>[x] Consumer/Non-Business      [ ] Business | **Filing Fee** (Check one box)<br>[x] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101.<br>[ ] Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**   (Estimates only)                                THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>[x] | 16-49<br>[ ] | 50-99<br>[ ] | 100-199<br>[ ] | 200-999<br>[ ] | 1000-over<br>[ ] |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000<br>[ ] | $50,001 to $100,000<br>[ ] | $100,001 to $500,000<br>[x] | $500,001 to $1 million<br>[ ] | $1,000,001 to $10 million<br>[ ] | $10,000,001 to $50 million<br>[ ] | $50,000,001 to $100 million<br>[ ] | More than $100 million<br>[ ] |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000<br>[ ] | $50,001 to $100,000<br>[ ] | $100,001 to $500,000<br>[ ] | $500,001 to $1 million<br>[x] | $1,000,001 to $10 million<br>[ ] | $10,000,001 to $50 million<br>[ ] | $50,000,001 to $100 million<br>[ ] | More than $100 million<br>[ ] |
|---|---|---|---|---|---|---|---|---|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. – 30816

## EXHIBIT  H

(Official Form 1) (9/97)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Sara Newsome Burns | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: So. District of California | Case Number 99-00811-B13 | Date Filed: 1/25/99 |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Sara J. Burns_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
_8-11-99_
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _L. Scott Keehn_
Signature of Attorney for Debtor(s)

L. SCOTT KEEHN 61691
Printed Name of Attorney for Debtor(s)

ROBBINS & KEEHN, APC
Firm Name

530 B Street, Suite 2400
Address
San Diego, CA 92101

619-232-1700
Telephone Number

Date _8-11-99_

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _L. Scott Keehn_     _8-11-99_
Signature of Attorney for Debtor(s)     Date

Bankruptcy2000 ©1991-98, New Hope Software, Inc. — 30816

Bank America
P. O. Box 59104
Las Vegas, NV  89159-1004


Heine, Elaine
110 West C Street
San Diego, CA  92101


Proulx, Bradley
c/o Bryan Sampson
2139 First Avenue
San Diego, CA  92101


Proulx, Bradley
c/o Bryan Sampson
2139 First Avenue
San Diego, CA  92101


Rubean, Francine
4623 Kensington Drive
San Diego, CA  92116


Seitman, John
Lindley, Lazar & Scales
550 C Street, Suite 1800
San Diego, CA  92101


U. S. Department of Education
P. O. Box 746000
Atlanta, GA  30374-6000


Visa
Bank Card Services
P. O. Box 53132
Phoenix, AZ  85072-3132

Western Family Financial
P. O. Box 8000
Carlsbad, CA  92018-8000

## Miscellaneous: <u>99-33191 Sara Newsome Burns</u>

**U.S. Bankruptcy Court**
**Southern District of California**
Notice of Electronic Filing

The following transaction was received from Keehn, L. Scott on 8/13/1999 at 2:01 PM PDT

**Case Name:**        Sara Newsome Burns
**Case Number:**      <u>99-33191</u>
**Document Number:** <u>1</u>

**Docket Text:**
Chapter 7 Voluntary Petition. filed by L. Scott Keehn on behalf of Sara Newsome Burns. Incomplete Filings due by 8/30/1999, Declaration re: ECF due by 8/30/1999, (Keehn, L.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**D:/Bk2000/burnsvp7.pdf
**Electronic document Stamp:**
[STAMP CASBStamp_ID=875559582 [Date=8/13/1999] [FileNumber=29162-0] [9
35c8b0104342fca3bee88c8517a6830d0e00433f4dedf7efbe20565f752e66e3611b9f
c9128ff6a1a5fb95e0a1914e58db7171fa52361fc87d62d687628e585]]

### 99-33191 Notice will be electronically mailed to:

L. Scott Keehn    gmr@robbins-keehn.com

### 99-33191 Notice will not be electronically mailed to:

# EXHIBIT I

```
                                    ┌─────────────────────────────────┐
                                    │ ENTERED  9|18|01                │
                                    │           FILED                 │
                                    │      ┌──────────────────┐       │
                                    │      │                  │       │
                                    │      │   SEP 14 2001     │       │
                                    │      │                  │       │
                                    │      └──────────────────┘       │
                                    │  CLERK U.S. BANKRUPTCY COURT    │
                                    │ SOUTHERN DISTRICT OF CALIFORNIA │
                                    │ BY                      DEPUTY   │
                                    └─────────────────────────────────┘
```

1

2

3

4   Gary B. Rudolph, Esq. (#101921)
    William P. Fennell, Esq. (#164210)
5   Yosina M. Lissebeck, Esq. (#201654)
    SPARBER, FERGUSON, PONDER & RYAN
6   A Professional Law Corporation
    701 "B" Street, Tenth Floor
7   San Diego, CA 92101
    Telephone (619) 239-3600
8   Facsimile (619) 239-5601

9   Attorneys for Richard M. Kipperman, Chapter 7 Trustee

10              UNITED STATES BANKRUPTCY COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12  In re                          ) Case No. 99-33191-B7
                                   )
13  SARA NEWSOME BURNS             ) ORDER APPROVING EX PARTE
    (SSN 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),             ) APPLICATION BY TRUSTEE FOR
14                                 ) AUTHORITY TO EMPLOY ROBBINS
                                   ) & KEEHN AS SPECIAL COUNSEL
15                                 )
                                   )
16                                 )
                                   )
17              Debtor.            )
                                   )
18  ─────────────────────────────── )

19          Upon the foregoing ex parte application by trustee, praying for approval of the

20  employment of Robbins & Keehn, APC as his special counsel herein; and upon the

21  declaration of disinterest of attorneys; and it appearing that no notice of hearing on said

22  application need be given; and the Court being satisfied that said attorneys hold and

23  represent no interest adverse to the individual creditors herein, the debtor or the estate of

24  the debtor, and that employment of said attorneys is necessary and in the best interest of

25  the estate; and good cause appearing;

26  / / /

27  / / /

28  / / /

ORIGINAL

EXHIBIT |

4144-1/163219.1

IT IS HEREBY ORDERED:

1.    That the employment by the trustee of Robbins & Keehn as his special counsel in these proceedings to render services as identified in the Ex Parte Application To Employ Special Counsel be and is hereby approved effective August 27, 2001;

2.    That compensation to Robbins & Keehn, APC for professional services rendered on behalf of the trustee shall, subject to further court approval after due notice and hearing, and subject to the provisions of Bankruptcy Code Sections 328 and 330, be on an hourly basis at the normal and customary hourly rates of said counsel and its employees as said rates may be from time to time.  Said attorneys shall also have the right to apply for interim compensation pursuant to Bankruptcy Code Section 331; and

3.    The provisions of Section 6148 of the Business and Professions Code concerning a written fee agreement are waived, except to the extent provided in the application.

Dated:    SEP 1 4 2001 _____    _____
                                                                  Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

SPARBER, FERGUSON, PONDER & RYAN


By: _____
       Gary B. Rudolph, Esq.
Attorneys for Richard M. Kipperman, Trustee

In re Burns/Case No. 99-33191-B7
ORDER APPROVING EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

- 2 -

4144-1/163219.1

1  IT IS HEREBY ORDERED:

2  1.    That the employment by the trustee of Robbins & Keehn as his special

3  counsel in these proceedings to render services as identified in the Ex Parte Application

4  To Employ Special Counsel be and is hereby approved effective August 27, 2001;

5  2.    That compensation to Robbins & Keehn, APC for professional services

6  rendered on behalf of the trustee shall, subject to further court approval after due notice

7  and hearing, and subject to the provisions of Bankruptcy Code Sections 328 and 330, be

8  on an hourly basis at the normal and customary hourly rates of said counsel and its

9  employees as said rates may be from time to time.  Said attorneys shall also have the right

10  to apply for interim compensation pursuant to Bankruptcy Code Section 331; and

11  3.    The provisions of Section 6148 of the Business and Professions Code

12  concerning a written fee agreement are waived, except to the extent provided in the

13  application.

14

15  Dated: ___SEP 1 4 2001___       _____

16                                  Judge, United States Bankruptcy Court

17  Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the
relief provided by the order is the relief granted by the court.

18

19  Submitted by:

20  SPARBER, FERGUSON, PONDER & RYAN

21

22  By: _____

23  Gary B. Rudolph, Esq.
Attorneys for Richard M. Kipperman, Trustee

24

25

26

27

28  In re Burns/Case No. 99-33191-B7
ORDER APPROVING EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

- 2 -

4144-1/163219.1