L. Scott Keehn (SBN 61691)
Lynn M. Beekman (SBN 149325)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Special Counsel for
**RICHARD KIPPERMAN, Chapter 7 Trustee**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | **CASE NO. 99-33191-B7** |
| **SARA NEWSOME BURNS**, an individual, | **ADV. NO. 01-90355-B7** |
| Debtor. | **ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CREDITOR BRADLEY PROULX'S MOTION FOR SUMMARY JUDGMENT; AND IN SUPPORT OF SUMMARY JUDGMENT IN FAVOR OF TRUSTEE.** |
| **RICHARD KIPPERMAN**, Trustee, | |
| Plaintiff, | |
| v. | |
| **BRADLEY PROULX**, an individual, | DATE: December 17, 2001<br>TIME: 2:30 p.m.<br>DEPT.: Four (4)<br>JUDGE: Hon. Peter W. Bowie |
| Defendant. | |

Attached hereto and incorporated herein by this reference is the "Table of Authorities" which were involuntarily omitted from the "Memorandum of Points and Authorities in Opposition to Creditor Bradley Proulx's Motion for Summary Judgment; and in Support of Summary

/ / / / /

/ / / / /

80723/5021.01

Judgment in Favor of Trustee," filed with this Court on December 5, 2001, due to technical anomalies unexpectedly encountered with the firm's "table of authorities" generating.

Dated: December 6, 2001          **ROBBINS & KEEHN**
                                 A Professional Corporation


                         By:     /s/ L. Scott Keehn
                                 L. Scott Keehn
                                 Lynn M. Beekman
                                 Special Counsel for
                                 **RICHARD KIPPERMAN, CHAPTER 7 TRUSTEE**

80723/5021.01

## TABLE OF AUTHORITIES

**PAGE**

### FEDERAL CASES

*Am. Cyanamind Co. v. Lincoln Laboratories, Inc.*,
  403 F.2d 486, 488 (7th Cir. 1968). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Amalgamated Insurance Fund v. Geltman Industries, Inc.*,
  784 F.2d 926 (9th Cir. 1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 19

*Anderson v. Liberty Lobby*,
  477 U.S. 242, 249 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Busix v. United States*,
  446 U.S. 398, 407 (1980). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Celotex Corp. v. Catrett*,
  477 US 317, 322 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Colautti v. Franklin*,
  439 U.S. 379, 392 (1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Cool Fuel, Inc. v. Connett*,
  685 F.2d 309, 311 (9th Cir. 1982). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Cramer v. Commissioner*,
  64 F.3d 1406 (9th Cir. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Dunlop v. First Nat. Bank of Arizona*,
  399 F.Supp. 855, 856 (D. Ariz. 1975). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Epstein v. Abrams*
  (1997) 57 Cal.App.4th 1159, 1165 & 1168. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*First National Bank of Arizona v. Cities Service Co.*,
  391 U.S. 253, 288 (1968). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Foxgord v. Hischemoeller*,
  820 F2d 1030, 1032 and 1035 (9th Cir 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Grover v. Bay View Bank,
  87 Cal.App.4th 452, 459. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*In re Accord Nitzberg v. Commission of Internal Revenue*,
  580 F.2d 375 (9th Cir. 1978). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*In re Bonner Mall Partnership*,
  2 F.3d 899, 913 (9th Cir. 1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*In re Hilde*,
  120 F.3d 950 (9th Circ. 1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 10, 12, 13

*In re Loretto Winery Ltd*,
  898 F.2d 715, 721-722 (9th Cir. 1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

1    *Monte Vista Lodge v. Guardian Life Ins. Co. of America,*
2        384 F.2d 126, 129 (9th Cir. 1967)]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

3 Mount. States, Etc. v. Santa,
       472 U.S. 237, 249 (1985). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

4 *Neito v. Ecker,*
5        845 F.2d 868, 873 (9th Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Reiter v. Sonotone Corp.*,
6        442 U.S. 330, 337-339 (1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

7 *Smith v. Califano*,
8        597 F.2d 152, 155, n.4 (9th Cir. 1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*U.S. v. Kakatin*,
9        214 F.3d 1049, 1051 (9th Cir. 2000), *cert. denied*, 531 U.S. 911 (2000) . . . . . . . . . . . . . . 12

10                                    **STATES CASES**

11 *California Coastal Comm'nv Quanta Inv. Corp.*,
       (1980)113 Cal.App.3d, 579, 599. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

12                                    **FEDERAL STATUTES**

13 11 U.S.C. § 362 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

14 11 U.S.C. § 544 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

15 11 U.S.C. § 547 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

16 12 U.S.C. § 1464 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

17 12 U.S.C. § 1730 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

18 12 U.S.C. § 3201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

19 28 U.S.C. § 1351 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

20 36 U.S.C. § 343 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

21 Internal Revenue Code § 83 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

22                                    **FEDERAL RULES**

23 Federal Rules of Civil Procedure Rule 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

24

25                                    **STATE STATUTES**

26 California's Code of Civil Procedure § 415.10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

27 California's Code of Civil Procedure § 680.010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

28 California's Code of Civil Procedure § 680.120 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

1    California's Code of Civil Procedure § 680.130 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

2    California's Code of Civil Procedure § 680.210 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

3    California's Code of Civil Procedure § 695.010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

4    California's Code of Civil Procedure § 695.510 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15

5    California's Code of Civil Procedure § 697.710 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

6    California's Code of Civil Procedure § 697.530 . . . . . . . . . . . . . . . . . . . . . . . . . 12, 13, 14, 15, 16

7    California's Code of Civil Procedure § 697.540 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

8    California's Code of Civil Procedure § 699.030 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

9    California's Code of Civil Procedure § 699.040 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 18, 19

10    California's Code of Civil Procedure § 700.170 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

11    California's Code of Civil Procedure § 708.110 . . . . . . . . . . . . . . . 6, 7, 8, 9, 10, 11, 12, 13, 14, 19

12    California's Code of Civil Procedure § 708.120 . . . . . . . . . . . . . . . 2, 5, 6, 7, 8, 9, 10, 11, 12, 13,20

13    California's Code of Civil Procedure § 708.250 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

14    California's Code of Civil Procedure § 708.410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

15    California Commercial Code § 9105 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

16    California Commercial Code § 9106 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 16, 17

17    California Commercial Code § 9403 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

18    **OTHER AUTHORITIES**

19    Ahart, Cal. Practice Guide: Enforcing Judgments and Debts (The Rutter Group 2000) . . . . . . . . . . . . 19

20    Black's Law Dictionary 602 (7th ed. 1999. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

21

22

23

24

25

26

27

28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095