```
SAMPSON & ASSOCIATES
Bryan D. Sampson (#143143)
Elizabeth Aronson (#167869)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425

Attorneys for Creditor
BRADLEY PROULX
```

ENTERED  DEC 2 8 2001
FILED
DEC 2 3 2001
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SARA NEWSOME BURNS,<br>                                          Debtor.<br><br>RICHARD KIPPERMAN, Trustee<br><br>                                          Plaintiff,<br>v.<br><br>BRADLEY PROULX, an individual<br>                                          Defendant. | CASE NO. 99-33191-B7<br><br>Adv. No.: 01-90355-B7<br><br>Chapter 7<br><br>**ORDER GRANTING PROULX'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 17, 2001<br>Time:  2:30 p.m.<br>Ctrm:  4<br>Judge: Hon. Peter W. Bowie |

Creditor/Defendant BRADLEY PROULX's motion for summary judgment in response to Plaintiff RICHARD KIPPERMAN's Complaint To Determine Nature and Extent of Trustee's Lien And For Declaratory Relief based upon 11 U.S.C. §544(a)(1) came before this court on the above date and time, the Honorable Peter W. Bowie, presiding. Creditor BRADLEY PROULX appeared through his counsel, Elizabeth Aronson. Trustee RICHARD KIPPERMAN was present and appeared through his counsel, L. Scott Keehn. Upon reviewing the pleadings filed by the parties and hearing oral argument presented by both parties, and good cause appearing therefor:

///

///

1

1  The Court's findings of fact and conclusions of law were stated orally by the Court, and recorded in open session, following the close of argument, and, are incorporated herein by this reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 52(a) of the Federal Rules of Civil Procedure.

Based upon the foregoing,

**IT IS HEREBY ORDERED,** that,

1.0 Creditor PROULX's motion for summary judgment is GRANTED as to the non-avoidability of PROULX's ORAP lien under California Code of Civil Procedure Section 708.110; and

2.0 Creditor PROULX's motion for summary judgment is DENIED in all other respects.

**IT IS SO ORDERED.**

Dated: DEC 2 3 2001

Judge, United States Bankruptcy Court

NOTICE: Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

December 20, 2001

Bryan D. Sampson

Approved as to form.

DATED: 12/20/01

ROBBINS & KEEHN
A Professional Corporation

By: Lisa L. Keehn
Counsel for Plaintiff and Chapter 7 Trustee Richard Kipperman

IN RE SARA NEWSOME BURNS
CASE NO. 99-33191-B7/ADV. NO. 01-90355-B7
ORDER FOR SUMMARY JUDGMENT

- 2 -