L. Scott Keehn (SBN 61691)
Lisa L. Keehn (SBN 167696)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California  92101
Telephone:  (619) 232-1700

Special Counsel for Appellant
**RICHARD KIPPERMAN, Chapter 7 Trustee**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | **CASE NO. 99-33191-B7** |
| **SARA NEWSOME BURNS**, an individual, | **ADV. NO.  01-90355-B7** |
| Debtor. | **AMENDED NOTICE OF APPEAL** |
| **RICHARD KIPPERMAN**, Trustee, | APPEAL NO. _____**1**_____ |
| Plaintiff, | |
| v. | |
| **BRADLEY PROULX**, an individual, | |
| Defendant. | |

Richard Kipperman, the Chapter 7 trustee and plaintiff herein, appeals under 28 U.S.C. § 158(b) to the Bankruptcy Appellate Panel from the "*Order Granting Proulx's Motion for Summary Judgment*" entered on December 28, 2001, by the Bankruptcy Court in this adversary proceeding, a copy of which is attached hereto as Exhibit 1 and the judgment entered thereon in substantially the form attached hereto as Exhibit 2.

/ / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

The parties to the Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

L. Scott Keehn, Esq.
Lisa L. Keehn, Esq.
ROBBINS & KEEHN,
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California  92101
Telephone: (619) 232-1700
Special Counsel for Plaintiff,
RICHARD KIPPERMAN, Chapter 7 Trustee

Bryan D. Sampson, Esq.
Elizabeth Aronson, Esq.
SAMPSON & ASSOCIATES
2139 First Avenue
San Diego, CA 92101
Telephone: (619) 557-9420
Attorneys for Defendant,
BRADLEY PROULX

Dated: January 4, 2002                    **ROBBINS & KEEHN**
                                          A Professional Corporation


                              By:    /s/ Lisa L. Keehn
                                     L. Scott Keehn
                                     Lisa L. Keehn
                                     Special Counsel for Appellant
                                     **RICHARD KIPPERMAN,
                                     Chapter 7 Trustee**

81400/5021.01

1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson (#143143)
2  Elizabeth Aronson (#167869)
   2139 First Avenue
3  San Diego, California 92101
   (619)557-9420 / Fax (619)557-9425
4
   Attorneys for Creditor
5  BRADLEY PROULX

ENTERED DEC 2 8 2001
FILED
DEC 2 3 2001
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SARA NEWSOME BURNS,<br>                              Debtor.<br><br>RICHARD KIPPERMAN, Trustee<br><br>                              Plaintiff,<br>v.<br><br>BRADLEY PROULX, an individual<br>                              Defendant. | CASE NO. 99-33191-B7<br><br>Adv. No.: 01-90355-B7<br><br>Chapter 7<br><br>**ORDER GRANTING PROULX'S**<br>**MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 17, 2001<br>Time:  2:30 p.m.<br>Ctrm:  4<br>Judge: Hon. Peter W. Bowie |

Creditor/Defendant BRADLEY PROULX's motion for summary judgment in response to Plaintiff RICHARD KIPPERMAN's Complaint To Determine Nature and Extent of Trustee's Lien And For Declaratory Relief based upon 11 U.S.C. §544(a)(1) came before this court on the above date and time, the Honorable Peter W. Bowie, presiding. Creditor BRADLEY PROULX appeared through his counsel, Elizabeth Aronson. Trustee RICHARD KIPPERMAN was present and appeared through his counsel, L. Scott Keehn. Upon reviewing the pleadings filed by the parties and hearing oral argument presented by both parties, and good cause appearing therefor:

///

///

1

IN RE SARA NEWSOME BURNS
CASE NO. 99-33191-B7 / ADV. NO.: 01-90355-B7
ORDER FOR SUMMARY JUDGMENT
S:\Company Files\Clients - Open\Proulx\pldg\BANKRUPTCY\Chapter 7\SJM\Order.wpd

EXHIBIT 1

1  The Court's findings of fact and conclusions of law were stated orally by the Court, and
2  recorded in open session, following the close of argument, and, are incorporated herein by this
3  reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure, and
4  Rule 52(a) of the Federal Rules of Civil Procedure.

Based upon the foregoing,

**IT IS HEREBY ORDERED**, that,

1.0  Creditor PROULX's motion for summary judgment is GRANTED as to the non-avoidability of PROULX's ORAP lien under California Code of Civil Procedure Section 708.110; and

2.0  Creditor PROULX's motion for summary judgment is DENIED in all other respects.

**IT IS SO ORDERED.**

Dated: DEC 2 3 2001

Judge, United States Bankruptcy Court

NOTICE:  Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

December 20, 2001

Bryan D. Sampson

Approved as to form.
DATED: 12/20/01

ROBBINS & KEEHN
A Professional Corporation

By: _____
Lisa L. Keehn
Counsel for Plaintiff and Chapter 7
Trustee Richard Kipperman

**SAMPSON & ASSOCIATES**
Bryan D. Sampson (#143143)
Elizabeth Aronson (#167869)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425

Attorneys for Creditor
BRADLEY PROULX

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SARA NEWSOME BURNS,<br>　　　　　　　　　　　Debtor | CASE NO. 99-33191-B7 |
| RICHARD KIPPERMAN, Trustee<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>BRADLEY PROULX, an individual<br>　　　　　　　　　　　Defendant. | Adv. No.: 01-90355-B7<br>Chapter 7<br>**JUDGMENT**<br>Date:　December 17, 2001<br>Time:　2:30 p.m.<br>Ctrm:　4<br>Judge: Hon. Peter W. Bowie |

  Defendant/Creditor BRADLEY PROULX's Motion for Summary Judgment came for hearing against Plaintiff/Chapter 7 Trustee RICHARD KIPPERMAN on the above date and time, the Honorable Peter W. Bowie presiding. Creditor BRADLEY PROULX appeared through his counsel, Elizabeth Aronson. Trustee RICHARD KIPPERMAN was present and appeared through his counsel, L. Scott Keehn. Upon reviewing the pleadings filed by the parties and hearing oral argument presented by both parties and awarding summary judgment in favor of Judgment Creditor BRADLEY PROULX;

  The court's findings of fact and conclusions of law were stated orally by the Court, and recorded in open session, following the close of argument, and are incorporated herein by this reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 52(a) of the Federal Rules of Civil Procedure.

1

IN RE SARA NEWSOME BURNS
CASE NO. 99-33191-B7 / ADV. NO.: 01-90355-B7
JUDGMENT
S:\Company Files\Clients - Open\Proulx\pldg\BANKRUPTCY\Chapter 7\Judgment.wpd

EXHIBIT **2**

IT IS SO ORDERED that Defendant/Creditor BRADLEY PROULX shall have judgment against the bankruptcy estate of Chapter 7 Debtor Sara Newsome Burns.

IT IS HEREBY FURTHER ORDERED that the amount of Defendant/Secured Creditor BRADLEY PROULX's secured claim as of the date of the petition of August 11, 1999, in the amount of the $150,000.00 cash fund, as defined in the complaint, plus interest accrued thereon.

**IT IS SO ORDERED.**

DATED: _____

_____
Judge, United States Bankruptcy Court

NOTICE: Signature by the attorney constitutes a certification under Federal Rule of Bankruptcy Procedure 9011 that the relief provided by the Order is the relief granted by the Court.

Submitted by:

January 4, 2002

_____
Bryan D. Sampson, Esq.

Approved as to form.

DATED: 1-4-02

ROBBINS & KEEHN

By: /S/
_____
L. Scott Keehn, Esq.
Attorney for Plaintiff and
Chapter 7 Trustee Richard Kipperman

2

IN RE SARA NEWSOME BURNS
CASE NO. 99-33191-B7 / ADV. NO.: 01-90355-B7
JUDGMENT
S:\Company Files\Clients - Open\Proulx\pldg\BANKRUPTCY\Chapter 7\Judgment.wpd