**SAMPSON & ASSOCIATES**
Bryan D. Sampson (#143143)
Elizabeth Aronson (#167869)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425

Attorneys for Creditor
BRADLEY PROULX



ENTERED  JAN - 7 2002
FILED  JAN - 4 2002
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re:

SARA NEWSOME BURNS,
                        Debtor

RICHARD KIPPERMAN, Trustee
                        Plaintiff,
v.
BRADLEY PROULX, an individual
                        Defendant.

CASE NO. 99-33191-B7

Adv. No.: 01-90355-B7

Chapter 7

**JUDGMENT**

Date:  December 17, 2001
Time:  2:30 p.m.
Ctrm:  4
Judge: Hon. Peter W. Bowie

Defendant/Creditor BRADLEY PROULX's Motion for Summary Judgment came for hearing against Plaintiff/Chapter 7 Trustee RICHARD KIPPERMAN on the above date and time, the Honorable Peter W. Bowie presiding. Creditor BRADLEY PROULX appeared through his counsel, Elizabeth Aronson. Trustee RICHARD KIPPERMAN was present and appeared through his counsel, L. Scott Keehn. Upon reviewing the pleadings filed by the parties and hearing oral argument presented by both parties and awarding summary judgment in favor of Judgment Creditor BRADLEY PROULX;

The court's findings of fact and conclusions of law were stated orally by the Court, and recorded in open session, following the close of argument, and are incorporated herein by this reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 52(a) of the Federal Rules of Civil Procedure.

IN RE SARA NEWSOME BURNS
CASE NO. 99-33191-B7 / ADV. NO.: 01-90355-B7
JUDGMENT
S:\Company Files\Clients - Open\Proulx\pldg\BANKRUPTCY\Chapter 7\Judgment.wpd

1    IT IS SO ORDERED that Defendant/Creditor BRADLEY PROULX shall have judgment against the bankruptcy estate of Chapter 7 Debtor Sara Newsome Burns.

IT IS HEREBY FURTHER ORDERED that the amount of Defendant/Secured Creditor BRADLEY PROULX's secured claim as of the date of the petition of August 11, 1999, in the amount of the $150,000.00 cash fund, as defined in the complaint, plus interest accrued thereon.

**IT IS SO ORDERED.**

DATED: JAN - 4 2002

_____
Judge, United States Bankruptcy Court

NOTICE:   Signature by the attorney constitutes a certification under Federal Rule of Bankruptcy Procedure 9011 that the relief provided by the Order is the relief granted by the Court.

Submitted by:

January 4, 2002

Bryan D. Sampson, Esq.

Approved as to form.

DATED: 1-4-02

**ROBBINS & KEEHN**

By: _____
L. Scott Keehn, Esq.
Attorney for Plaintiff and
Chapter 7 Trustee Richard Kipperman

2