U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225

TO:          Clerk, Bankruptcy Court

DEBTOR(S):   SARA NEWSOME BURNS

BAP NO.:     SC-02-1020

BK. NO.:     99-33191-B7           ADV. NO.: 01-90355

The Bankruptcy Appellate Panel has received and docketed the
notice of appeal referenced in the attached transmittal.
The BAP case number is indicated above for your information.

When the bankruptcy court issues a Certificate of Record/Readiness,
please attach a copy of the Designation of Record, Statement of
Issues filed by the parties and a current copy of the bankruptcy
court docket (may be a partial docket starting at the time the
order on appeal was filed).

If completion of the record has been delayed, please advise us as
to the cause of the delay by completing the following checklist
and sending a copy of this letter back to us:

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING
   ITEMS HAVE NOT BEEN FILED:
   1. _____ No Filing Fees paid
   2. _____ No Designation of Record
   3. _____ No Statement of Issues
   4. _____ No Notice Regarding the Transcript
   5. _____ No Reporter's Transcript(s)
              Reporter name:_____
                     phone:_____
              Judge:_____
              Transcript date(s):_____
   6. _____ No Transcript Fees paid
   7. _____ Extension of Time Granted to Reporter:
              New deadline:_____
   8. _____ Other:_____

B) DEPUTY CLERK PROCESSING THIS APPEAL
   1. Name:_____
   2. Phone:_____
   3. Date:_____

Nancy B. Dickerson, BAP Clerk


By: Angie Croswhite
    Deputy Clerk

Date: January 15, 2002

CSD 1252 [08/23/01]

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620  FAX: (619) 557-5536

# TRANSMITTAL MEMORANDUM

**RECEIVED**
NANCY B. DICKERSON, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 1 0 2002

To: BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S. Grand Avenue
Pasadena, California 91105

FILED _____
DOCKETED 1/14 _____
       DATE    INITIAL

From: BARRY K. LANDER, Clerk

SC-02-1020

District/Office No. 974-3

| CASE NAME | BANKRUPTCY NO. |
| --- | --- |
|  | 99-33191 |
|  | ADVERSARY NO. |
|  | 01-90355 |
| Sara Newsome Burns | APPEAL NO. |
|  | 1 |
|  | BANKRUPTCY JUDGE |
|  | Peter W. Bowie |
|  | DATE BANKRUPTCY FILED |
|  | 8/13/99 |

| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO BAP MAILED ON: |
| --- | --- | --- | --- |
| 12/28/01 | 1/3/02 | YES | January 7, 2002 |

DATED: January 7, 2002   Barry K. Lander, Clerk

By: _____Kurt Herzog_____, Deputy Clerk
    Kurt Herbold

CSD 1252

(1)