**SAMPSON & ASSOCIATES**
Bryan D. Sampson (#143143)
Elizabeth Aronson (#167869)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425

Attorneys for SECURED CREDITOR
BRADLEY PROULX

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SARA NEWSOME BURNS,<br><br>   Debtor.<br><br>RICHARD KIPPERMAN, Trustee,<br><br>   Plaintiff,<br><br>v.<br><br>BRADLEY PROULX, an individual,<br><br>   Defendant. | Case No. 99-33191-B7<br><br>Adv. No: 01-90355-B7<br><br>Chapter 7<br><br>**NOTICE OF ADDENDUM TO CROSS-APPEAL** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that attached hereto is a true and correct copy of the Judgment entered by the Court on January 7, 2002. The document was not available at the time of the filing of the Cross-Appeal.

Respectfully submitted,

DATE: January 17, 2002

**SAMPSON & ASSOCIATES**

By: _____
BRYAN D. SAMPSON, ESQ.
Attorney for Secured Creditor
BRADLEY PROULX

1
NOTICE OF CROSS-APPEAL

SAMPSON & ASSOCIATES
Bryan D. Sampson (#143143)
Elizabeth Aronson (#167869)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425

Attorneys for Creditor
BRADLEY PROULX



ENTERED JAN - 7 2002
FILED JAN - 4 2002
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SARA NEWSOME BURNS,<br>                                  Debtor<br><br>RICHARD KIPPERMAN, Trustee<br><br>                               Plaintiff,<br>v.<br>BRADLEY PROULX, an individual<br>                               Defendant. | CASE NO. 99-33191-B7<br><br>Adv. No.: 01-90355-B7<br>Chapter 7<br><br>**JUDGMENT**<br><br>Date: December 17, 2001<br>Time: 2:30 p.m.<br>Ctrm: 4<br>Judge: Hon. Peter W. Bowie |

      Defendant/Creditor BRADLEY PROULX's Motion for Summary Judgment came for hearing against Plaintiff/Chapter 7 Trustee RICHARD KIPPERMAN on the above date and time, the Honorable Peter W. Bowie presiding. Creditor BRADLEY PROULX appeared through his counsel, Elizabeth Aronson. Trustee RICHARD KIPPERMAN was present and appeared through his counsel, L. Scott Keehn. Upon reviewing the pleadings filed by the parties and hearing oral argument presented by both parties and awarding summary judgment in favor of Judgment Creditor BRADLEY PROULX;

      The court's findings of fact and conclusions of law were stated orally by the Court, and recorded in open session, following the close of argument, and are incorporated herein by this reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 52(a) of the Federal Rules of Civil Procedure.

ENTERED IN JUDGMENT BOOK
VOLUME 126 PAGE 2
1-7-02

1

1     IT IS SO ORDERED that Defendant/Creditor BRADLEY PROULX shall have judgment against the bankruptcy estate of Chapter 7 Debtor Sara Newsome Burns.

    IT IS HEREBY FURTHER ORDERED that the amount of Defendant/Secured Creditor BRADLEY PROULX's secured claim as of the date of the petition of August 11, 1999, in the amount of the $150,000.00 cash fund, as defined in the complaint, plus interest accrued thereon.

**IT IS SO ORDERED.**

DATED: JAN - 4 2002

_____
Judge, United States Bankruptcy Court

NOTICE: Signature by the attorney constitutes a certification under Federal Rule of Bankruptcy Procedure 9011 that the relief provided by the Order is the relief granted by the Court.

Submitted by:

January 4, 2002

_____
Bryan D. Sampson, Esq.

Approved as to form.

DATED: 1-4-02

**ROBBINS & KEEHN**

By: _____
L. Scott Keehn, Esq.
Attorney for Plaintiff and
Chapter 7 Trustee Richard Kipperman

2

**CSD 3010** [04/28/96]

Name, Address, Telephone No. & I.D.
SAMPSON & ASSOCIATES
Bryan D. Sampson, Esq. (#143143)
Elizabeth Aronson, Esq. (#167869)
2139 First Avenue
San Diego, CA 92101
Tel: (619) 557-9420
Fax: (619) 557-9425

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>SARA NEWSOME BURNS<br>Debtor. | BANKRUPTCY NO. 99-33191-B7 |
| RICHARD KIPPERMAN, Trustee<br>Plaintiff(s) | ADVERSARY NO. 01-90355-B7 |
| v.<br>BRADLEY PROULX, an individual<br>Defendants(s) | |

## PROOF OF SERVICE

I, Robin D'Orazio, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents: Notice of Addendum to Cross-Appeal

on January 17, 2002    by:
    [date]

[X] Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

L. Scott Keehn, Esq.
ROBBINS & KEEHN
530 "B" Street, Ste. 2400
San Diego, CA 92101

U.S. Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ] Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

[ ] Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

1-17-02
[Date]

[Signature]

| Print Name | Robin D'Orazio |
|---|---|
| Business Address | SAMPSON & ASSOCIATES<br>2139 First Avenue |
| City, State, ZIP | San Diego, CA 92101 |

CSD 3010