SAMPSON & ASSOCIATES
Bryan D. Sampson (#143143)
Elizabeth Aronson (#167869)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425

Attorneys for SECURED CREDITOR
BRADLEY PROULX

FILED DD
02 JAN 28 AM 1:27
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SARA NEWSOME BURNS,<br>                                 Debtor.<br>RICHARD KIPPERMAN, Trustee,<br>                                 Plaintiff,<br>v.<br>BRADLEY PROULX, an individual,<br>                                 Defendant. | Case No. 99-33191-B7<br>Adv. No: 01-90355-B7<br>Chapter 7<br>**DESIGNATIONS ON CROSS-APPEAL**<br>[B.R. 8006 & 8007] |

      NOTICE IS HEREBY GIVEN that Respondent BRADLEY PROULX ("Creditor Proulx") currently has no additions to Appellant RICHARD KIPPERMAN's designation of the record and transcript request. Further, the issues to be raised on the cross-appeal are whether:

1.     The "Qui Tam" action was "pending" at the time Creditor filed its notice of lien;

2.     Creditor obtained a lien on the Qui Tam monies pursuant to Code of Civil Procedure §708.750; &

3.     An execution lien was created on the Qui Tam monies by service of the turnover order.

DATE: January 29, 2002

                                                **SAMPSON & ASSOCIATES**

                                                By: _/s/ Bryan D. Sampson_

                                                BRYAN D. SAMPSON, ESQ.
                                                Attorney for Secured Creditor
                                                BRADLEY PROULX
1

DESIGNATIONS ON CROSS-APPEAL

S:\Company Files\Clients - Open\Proulx\pldg\Appeal II\Designation.wpd

CSD 3010 [04/28/96]

Name, Address, Telephone No. & I.D. No.
SAMPSON & ASSOCIATES
Bryan D. Sampson, Esq. (#143143)
Elizabeth Aronson, Esq. (#167869)
2139 First Avenue
San Diego, CA 92101
Tel: (619) 557-9420
Fax: (619) 557-9425

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SARA NEWSOME BURNS

Debtor

BANKRUPTCY NO. 99-33191-B7

RICHARD KIPPERMAN, Trustee

Plaintiff(s)

ADVERSARY NO. 01-90355-B7

v.

BRADLEY PROULX, an individual

Defendants(s)

## PROOF OF SERVICE

I, Robin D'Orazio, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents: Designations on Cross-Appeal

on January 29, 2002 by:
   [date]

[X]  Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

L. Scott Keehn, Esq.
ROBBINS & KEEHN
530 "B" Street, Ste. 2400
San Diego, CA 92101

U.S. Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ]  Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

[ ]  Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

January 29, 2002
[Date]

[Signature]

| Print Name | Robin D'Orazio |
|---|---|
| Business Address | SAMPSON & ASSOCIATES<br>2139 First Avenue |
| City, State, ZIP | San Diego, CA 92101 |

CSD 3010