CSD 3057 [04/28/96]
Name, Address, Telephone No. & I.D.

**BRYAN D. SAMPSON, ESQ. (#143143)**
**SAMPSON & ASSOCIATES**
**2139 FIRST AVENUE**
**SAN DIEGO, CA 92101**
**(619) 557-9420/FAX (619) 557-9425**

FILED LA

02 JAN 30 AM 11:43

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

SARA NEWSOME BURNS

Debtor.

BANKRUPTCY NO. 99-33191-B7

RICHARD KIPPERMAN, Trustee

Plaintiff(s)

ADVERSARY NO. 01-90355-B7

v.

BRADLEY PROULX, an individual

Defendants(s)

## REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, **BRYAN D. SAMPSON**, the undersigned, hereby state that:

1. Judgment for $ **150,000.00** was entered on **JANUARY 7, 2002**, in the docket of the above-entitled proceeding in the United States [XXXXX] [Bankruptcy] Court, for the Southern District of California, in favor of

   **BRADLEY PROULX**

   as Judgment Creditor, and against

   **SARA NEWSOME BURNS**

   as Judgment Debtor.

   [IF A REGISTERED JUDGMENT:] The judgment was registered under Title 28, U.S. Code §1963, being a judgment which was obtained in Case No. _____
   in the United States [District] [Bankruptcy] Court for the _____
   District of _____ that has become FINAL.

2. I am the attorney for the Judgment Creditor, and request issuance of a Writ of Execution on the judgment.

CSD 3057

[Continued on reverse side]

CSD 3058 [04/28/96]

| Name, Address, Telephone NO. & I.D. No.<br><br>**SAMPSON & ASSOCIATES**<br>**BRYAN D. SAMPSON, ESQ. ( #143143)**<br>**2139 FIRST AVENUE**<br>**SAN DIEGO, CALIFORNIA 92101**<br>**(619)557-9420 / FAX (619)557-9425** | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 WEST F STREET, SAN DIEGO, CALIFORNIA 92101-6991 | |
| In re<br>**SARA NEWSOME BURNS**<br>Debtor. | BANKRUPTCY NO. **99-33191-B7** |
| **RICHARD KIPPERMAN**<br>Plaintiff(s) | ADVERSARY NO. **01-90355-B7** |
| v.<br>**BRADLEY PROULX**<br>Defendant(s) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

On  **JANUARY 7, 2002,**  a judgment was entered [or registered] by the United States Bankruptcy Court, for the Southern District of California, in connection with a case commenced under Title 11, United States Code, in favor of:

**BRADLEY PROULX**

as Judgment Creditor and against

<u>Name</u>                            <u>Social Security and/or Driver's License Number</u> [If Known]

**SARA NEWSOME BURNS**       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

as Judgment Debtor for:

| | | |
|---|---|---|
| $<u>**150,000.00**</u> | Principal, |
| $_____.00 | Attorney Fees, |
| $_____.00 | Interest, and |
| $_____.00 | Costs, making a total of |
| $<u>**150,000.00**</u> | JUDGMENT AS ENTERED |

**WHEREAS,** according to an affidavit and/or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

| | | |
|---|---|---|
| $  <u>165.60</u> | accrued interest, and |
| $_____.00 | accrued costs, making a total of |
| $  <u>165.60</u> | ACCRUED COSTS AND ACCRUED INTEREST. |

CSD 3058

S:\Company Files\Clients - Open\Proulx\pldg\BANKRUPTCY\Chapter 7\WRIT.wpd

[CONTINUED ON REVERSE SIDE]

CSD 3058 [04/28/96]

Credit must be given for payments and partial satisfaction in the amount of:

$_____.00  which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

**$150,165.60**  ACTUALLY DUE on the date of the issuance of this Writ of which

**$150,000.00**  is due on the judgment as entered, and bears the interest at 2.24% per cent per annum, in the amount of

$____9.20  per day, from the date of issuance of this Writ, to which must be added the commissions and costs of the officer executing this Writ.

    You are directed to satisfy the following judgment, with interest and costs and your costs and disbursements, out of (1) the personal property of the judgment debtor(s), not exempt from execution, and if sufficient personal property cannot be found, then out of the judgment debtor's real property, or (2) if the judgment is a lien on real property, then out of the real property belonging to th debtor(s) on the date the abstract of judgment was filed under Section 674, California Code of Civil Procedure, or on any date thereafter. Unless this Writ is served on the debtor(s) at the same time of levy, you are also directed to give the judgment debtor(s) notice by mail [at address(es) given below] of any levy of execution under this Writ, and to make return of the Writ with what you have endorsed on it not less than ten (10) days nor more than ninety (90) days after you receive it.

    Given under my hand and seal of said Court aforesaid.

DATED: *Jan. 30, 2002*

Barry K. Lander, Clerk

By: *Linda J. Andrade*, Deputy Clerk

[Seal of the U.S. Bankruptcy Court]

    Notice by mail of any sale under the Writ of Execution [XXX] [has not] been requested. The following named person(s) have requested such notice of sale:

Name(s)                       Address(es)