CSD 1503 [08/04/99]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
SARA NEWSOME BURNS
Debtor.

BANKRUPTCY NO. 99-33191-B7

RICHARD KIPPERMAN, TRUSTEE
Plaintiff(s)

ADVERSARY NO. 01-90355-B7

v.

BRADLEY PROULX
Defendant(s)

Hearing Date: FEBRUARY 25, 2002
Hearing Time: 10:00 a.m.

### MINUTES OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**PRESIDING BANKRUPTCY JUDGE:**
[ ] Honorable James W. Meyers
[ ] Honorable Louise DeCarl Adler
[ ] Honorable John J. Hargrove
[✓] Honorable Peter W. Bowie
[ ] Honorable
Reporter: Federal Court Reporters

**APPEARANCES:**
[✓] L. Scott Keehn, for Plaintiff(s)
[ ] Bryan D. Sampson, for Defendant(s)
[ ] Elizabeth Aronson, for _____
[ ] _____, for _____
[ ] _____, for _____
[ ] _____, for _____
[ ] If applicable, additional appearances noted on reverse side

**PROCEEDING:**
[ ] Continued from _____
[ ] Pretrial Status Conference    [ ] Pretrial    [ ] Trial    [ ] Settlement Conference

for the following relief:
TO DETERMINE NATURE & EXTENT OF TRUSTEE'S LINE & FOR DECLARATORY RELIEF
**OTHER MOTIONS:**
PLAINTIFF'S MOTION FOR STAY OF ENFORCEMENT PENDING APPEAL

**DISPOSITION:**    [ ] Continued to _____ at _____.m. for    [ ] pretrial status conference
[ ] Discovery cutoff _____                                      [ ] pretrial
    Contentions of Fact & Law/Exhibits _____                    [ ] trial _____
    Pretrial conference order _____                              [ ] settlement conference
[ ] Judgment for    [ ] Plaintiff    [ ] Defendant                [ ] hearing on motion
[✓] Motion          [✓] contested   [✓] granted    [ ] denied
[✓] Taken under submission    [ ] off calendar
[ ] Other:

Exhibits received:    [ ] Yes    [✓] In evidence    [ ] Returned to parties
Judgment/Order to be prepared by  Keehn

**ADVERSARY PROCEEDINGS**                                                    _____, Deputy Clerk

CSD 1503